IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

**COLORADO APARTMENT ASSOCIATION et al.**

        Plaintiffs,

v.

**JILL HUNSAKER RYAN, in her Official Capacity as the Executive Director of the Colorado Department of Public Health and Environment, et al.**

        Defendants.

_____

**Declaration of Ryan Rogers**

I, Ryan Rogers, declare as follows:

1. My name is Ryan Rogers. I am over 18 years of age. The information in this declaration is true and correct to the best of my knowledge, information, and belief and is based on my personal experience.

2. I live in Littleton, Colorado.

3. I am current Senior Vice President at Zocalo Community Development.

4. In my role as Senior Vice President, I am responsible for all predevelopment and preconstruction. This entails estimating, project buyout, contract negotiation, entitlement, and permitting. This role requires knowledge and understating of building codes and their impact on the overall systems of our buildings and the resulting construction and life cycle costs.

5. As Senior Vice President, I am familiar with the day-to-day and long-term operations of Zocalo Community Development, and am qualified and authorized by Zocalo Community Development to speak to the matters discussed in this declaration.

6. Zocalo Community Development is a member of the Colorado Apartment Association ("CAA") and the Apartment Association of Metro Denver ("AAMD"), and has been since 2010.

7. As a member of CAA and AAMD, Zocalo Community Development relies on CAA and AAMD to represent its interests in the City and County of Denver, Colorado and the State of Colorado, including advocating for regulations that are in compliance with state and federal law.

8. Zocalo Community Development has developed and built twelve (12) developments in the Denver Metro area since 2006; totaling over 2,000 dwelling units, and 2 million square feet of building area. We currently own and manage six of these developments which are comprised of an aggregate of over 1,300 dwelling units of which 3 multi-family buildings in the City and County of Denver, Colorado are subject to the requirements of the City of Denver, Colorado's Denver

Ordinance No. 20211310 ("Energize Denver Ordinance"), and the implementing rules for Energize Denver enacted by the Denver Office of Climate Action, Sustainability, and Resiliency, ("OCASR") entitled "Rules & Regulations Governing Energize Denver Building Energy Performance Requirements" ("Energize Denver Regulations") (the Ordinance and Regulations may be collectively referred to as "Energize Denver").

9. Zocalo Community Development also owns and manages 6 multi-family buildings in the State of Colorado which are subject to the requirements of the Colorado Air Quality Control Commission's ("Commission") final regulation entitled Building Benchmarking and Performance Standards, 5 CCR 1001-32 ("Regulation 28") enacting agency regulations directed by the State of Colorado's House Bill 21-1286

10. Under both Energize Denver and Regulation 28, Zocalo Community Development is required to meet building performance standards, generally expressed and measured as Energy Intensity Use ("EUI") scores. Each regulation has established an enforceable schedule for achieving interim and final EUI targets. Zocalo Community Development must also submit annual benchmarking reporting to OCASR and the Commission. These annual benchmarking submittals are time-consuming and costly to prepare, and require the assistance of outside consultants. In my experience, Zocalo Community Development has to dedicate 2-5 personnel hours to preparing annual benchmarking reports per covered building.

11. In addition to the required benchmarking submittals, Zocalo Community Development must prepare initial Level I ASHRAE energy audits to determine whether the properties' benchmarking data is accurate and what range of energy use reductions must be made in order to comply with Energize Denver and Regulation 28.

12. In my experience, these preliminary Level I energy audits alone can cost between $5,000 and $15,000 per building (depending on the size and complexity of the building).

13. In addition to the required initial Level I analyses, building owners must conduct more detailed Level II ASHRAE "energy audits" to evaluate buildings' specific building modification options (e.g. replacing building systems and energy efficiency measures) available to achieve the performance standards under Energize Denver and Regulation 28. In my experience, energy audits alone can cost between $5,000 and $10,000 per building (depending on the size and complexity of the building).

14. Based on these evaluations, at least 3 of the Zocalo Community Developments buildings have EUI scores that do not meet the building performance standards that must be achieved under both Energize Denver and Regulation 28.

15. Based on the Energy Star evaluations of its buildings conducted thus far, Zocalo Community Development has determined that it will likely need to conduct Level II ASHRAE energy audits on at least 3 of its buildings to identify available options to achieve the building performance standards, evaluate the engineering and economic feasibility of such options, and begin the planning process for making material modifications to Zocalo Community Development's buildings to implement the chosen options, in order to meet the fast-approaching compliance deadlines and corresponding EUI building performance standards under Energize Denver and Regulation 28. Zocalo Community Development will incur significant costs implementing each of these early actions.

16. To bring Zocalo Community Development's buildings into compliance with Energize Denver and Regulation 28, Zocalo Community Development anticipates that it will have to spend significant capital and materially modify the aforementioned buildings.

17. Additionally, Zocalo Community Developments plans to build new buildings in the City and County of Denver and State of Colorado that would be subject to both Energize Denver and Regulation 28. The hardship imposed on our new developments via Energize Denver and

Regulation 28 imperials the ability to deliver much needed affordable and attainable housing in Denver and the state at large.

18. The requirements of the regulations will increase the costs of designing and constructing new buildings.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

_____
Ryan Rogers
Senior Vice President
Zocalo Community Development

5