## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.

**COLORADO APARTMENT ASSOCIATION et al.**

> Plaintiffs,

**v.**

**JILL HUNSAKER RYAN, in her Official Capacity as the Executive Director of the Colorado Department of Public Health and Environment, et al.**

> Defendants.

---

**Declaration of James A. Lorenzen**

I, James A. Lorenzen, declare as follows:

1.       My name is James A. Lorenzen.  I am over 18 years of age.  The information in this declaration is true and correct to the best of my knowledge, information, and belief and is based on my personal experience.

2.       I live in Denver, Colorado.

3.       I am currently the President of Cornerstone Apartment Services, Inc.

4.       In my role as President, I manage the direction of Cornerstone Apartment Services, Inc.

5.       As President, I am familiar with the day-to-day and long-term operations of Cornerstone Apartment Services, Inc., and I am qualified and authorized by Cornerstone Apartment Services, Inc. to speak to the matters discussed in this declaration.

6.       Cornerstone Apartment Services, Inc. is a member of the Colorado Apartment Association ("CAA") and the Apartment Association of Metro Denver ("AAMD"), and has been since September 9, 1991.

7.       As a member of CAA and AAMD, Cornerstone Apartment Services, Inc. relies on CAA and AAMD to represent its interests in the City and County of Denver, Colorado and the State of Colorado, including advocating for regulations that are in compliance with state and federal law.

8.       Cornerstone Apartment Services, Inc. manages 24 multi-family buildings in the City and County of Denver, Colorado which are subject to the requirements of the City of Denver, Colorado's Denver Ordinance No. 20211310 ("Energize Denver Ordinance"), and the implementing rules for Energize Denver enacted by the Denver Office of Climate Action, Sustainability, and Resiliency, ("OCASR") entitled "Rules & Regulations Governing Energize Denver Building Energy Performance Requirements" ("Energize Denver Regulations") (the Ordinance and Regulations may be collectively referred to as "Energize Denver").

2

9.      In addition, Cornerstone Apartment Services, Inc. manages 10 buildings in the State of Colorado that are subject to the requirements of the Colorado Air Quality Control Commission's ("Commission") final regulation entitled Building Benchmarking and Performance Standards, 5 CCR 1001-32 ("Regulation 28") enacting agency regulations directed by the State of Colorado's House Bill 21-1286

10.     Under both Energize Denver and Regulation 28, Cornerstone Apartment Services, Inc. is required to meet building performance standards, generally expressed and measured as Energy Intensity Use ("EUI") scores.  Each regulation has established an enforceable schedule for achieving interim and final EUI targets.   Cornerstone Apartment Services, Inc. must also submit annual benchmarking reporting to OCASR and the Commission.   These annual benchmarking submittals are time-consuming and costly to prepare, and require the assistance of outside consultants.   In my experience, the total cost of preparing annual benchmarking reports is approximately $595 per covered building.

11.     In addition to the required benchmarking submittals, Cornerstone Apartment Services, Inc. must prepare initial Level I ASHRAE energy audits to determine whether the properties' benchmarking data is accurate and what range of energy use reductions must be made in order to comply with Energize Denver and Regulation 28.

12.     In my experience, these preliminary Level I energy audits alone can cost between $2,000 and $10,000 per building (depending on the size and complexity of the building).

13.     In addition to the required initial Level I analyses, building owners must conduct more detailed Level II ASHRAE "energy audits" to evaluate buildings' specific building modification options (e.g. replacing building systems and energy efficiency measures) available to achieve the performance standards under Energize Denver and Regulation 28.   In my experience, these Level II energy audits alone can cost between $4,200 and $10,000 per building (depending on

the size and complexity of the building).

14.     Based on initial benchmarking and preliminary evaluations, at least 10 of the buildings are not meeting Energize Denver Requirements and 5 of the Cornerstone Apartment Services, Inc.'s buildings have EUI scores that do not meet the building performance standards that must be achieved under both Energize Denver and Regulation 28.

15.     Based on the evaluations of its buildings conducted thus far, Cornerstone Apartment Services, Inc. has determined that it must immediately begin to conduct Level I and Level II ASHRAE energy audits on 15 of its buildings to identify available options to achieve the building performance standards, evaluate the engineering and economic feasibility of such options, and begin the planning process for making material modifications to Cornerstone Apartment Services, Inc.'s buildings to implement the chosen options, in order to meet the fast-approaching compliance deadlines and corresponding EUI building performance standards under Energize Denver and Regulation 28.   Cornerstone Apartment Services, Inc. will incur significant costs implementing each of these early actions.

16.     To bring Cornerstone Apartment Services, Inc.'s buildings into compliance with Energize Denver and Regulation 28, Cornerstone Apartment Services, Inc. anticipates that it will have to spend significant capital and materially modify the aforementioned buildings.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury under the laws of the

United States that the foregoing is true and correct to the best of my knowledge, information, and

belief.

_James A Lorenzen_

James A. Lorenzen
President
Cornerstone Apartment Services, Inc.