IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

**COLORADO APARTMENT ASSOCIATION et al.**

    Plaintiffs,

v.

**JILL HUNSAKER RYAN, in her Official Capacity as the Executive Director of the Colorado Department of Public Health and Environment, et al.**

    Defendants.

---

**Declaration of Craig M. Lessard**

I, Craig M. Lessard, declare as follows:

1. My name is Craig M. Lessard. I am over 18 years of age. The information in this declaration is true and correct to the best of my knowledge, information, and belief and is based on my personal experience.

2. I live in Denver, Colorado.

3. I am current Director of Acquisitions at Woodspear PM-Member, LLC, a Colorado Limited Liability Company d/b/a Woodspear Properties (hereinafter "Woodspear Properties").

4. In that Director of Acquisitions role, I source new investments, conduct financial and asset management for our Colorado assets, and perform other executive level tasks on an ad-hoc basis.

5. As Director of Acquisitions, I am familiar with the day-to-day and long-term operations of Woodspear Properties and am qualified and authorized by Woodspear Properties to speak to the matters discussed in this declaration.

6. Woodspear Properties, directly and through its affiliates, is a member of the Colorado Apartment Association ("CAA") and the Apartment Association of Metro Denver ("AAMD"), and has been since April 1, 2003.

7. As a member of CAA and AAMD, Woodspear Properties relies on CAA and AAMD to represent its interests in the City and County of Denver, Colorado and the State of Colorado, including advocating for regulations that are in compliance with state and federal law.

8. Woodspear Properties owns, operates, and manages at least 3 multi-family buildings and 2 commercial buildings in the City and County of Denver, Colorado which are subject to the requirements of the City of Denver, Colorado's Denver Ordinance No. 20211310 ("Energize Denver Ordinance"), and the implementing rules for Energize Denver enacted by the Denver Office of Climate Action, Sustainability, and Resiliency, ("OCASR") entitled "Rules & Regulations

Governing Energize Denver Building Energy Performance Requirements" ("Energize Denver Regulations") (the Ordinance and Regulations may be collectively referred to as "Energize Denver").

9. In addition to 1 of multi-family buildings and the 2 commercial buildings subject to Energize Denver per the preceding paragraph, Woodspear Properties also owns, operates, and manages 7 multi-family buildings and 3 commercial buildings in the State of Colorado which are subject to the requirements of the Colorado Air Quality Control Commission's ("Commission") final regulation entitled Building Benchmarking and Performance Standards, 5 CCR 1001-32 ("Regulation 28") enacting agency regulations directed by the State of Colorado's House Bill 21-1286

10. Under both Energize Denver and Regulation 28, Woodspear Properties is required to meet building performance standards, generally expressed and measured as Energy Intensity Use ("EUI") scores. Each regulation has established an enforceable schedule for achieving interim and final EUI targets. Woodspear Properties must also submit annual benchmarking reporting to OCASR and the Commission. These annual benchmarking submittals are time-consuming and costly to prepare and require the assistance of outside consultants. In my experience, the total cost of preparing and monitoring annual benchmarking reports is approximately 0.5 hours of personnel hours per year per covered building.

11. In addition to the required benchmarking submittals, Woodspear Properties must prepare initial Level I ASHRAE energy audits to determine whether the properties' benchmarking data is accurate and what range of energy use reductions must be made in order to comply with Energize Denver and Regulation 28.

12. In my experience, these preliminary Level I energy audits alone can cost between $1,500.00 and $2,500.00 per building (depending on the size and complexity of the building).

13. In addition to the required initial Level I analyses, building owners must conduct more detailed Level II ASHRAE "energy audits" to evaluate buildings' specific building modification options (e.g. replacing building systems and energy efficiency measures) available to achieve the performance standards under Energize Denver and Regulation 28. In my experience, these Level II detailed energy audits alone can cost between $15,000.00 and $20,000.00 per building (depending on the size and complexity of the building).

14. Based on initial Level I ASHRAE energy audits, at least 5 of the Woodspear Properties' buildings have EUI scores that do not meet the building performance standards that must be achieved under Energize Denver and Regulation 28, and based upon initial benchmarking and analysis, possibly 10 other buildings may have EUI scores that will not meet the building performance standards likely to be issued under Regulation 28.

15. Based on the evaluations of its buildings conducted thus far, Woodspear Properties has determined that it must begin to conduct Level II ASHRAE energy audits on the 5 buildings subject to Energize Denver in 2025 and the remaining buildings once EUI benchmarking completed under Regulation 28 for the other buildings to identify available options to achieve the building performance standards, evaluate the engineering and economic feasibility of such options, and begin the planning process for making material modifications to Woodspear Properties' buildings to implement the chosen options, in order to meet the fast-approaching compliance deadlines and corresponding EUI building performance standards under Energize Denver and Regulation 28. As noted herein, Woodspear Properties will incur significant costs implementing each of these early actions.

16. To attempt to bring Woodspear Properties' buildings into compliance with Energize Denver and Regulation 28, Woodspear Properties anticipates that it will have to spend significant capital and materially modify the aforementioned buildings. Further, in our current conversations

4

with the consultants performing the Level I and Level II ASHRAE energy audits on the 5 buildings subject to Energize Denver, they have indicated that, as applied to each building, the technology required to definitively bring the building EUI scores into compliance may not presently exist, and it is unclear whether it is physically possible or financially feasible to retrofit the buildings with available technology.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Craig M. Lessard
Director of Acquisitions
Woodspear Properties