IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

**COLORADO APARTMENT ASSOCIATION et al.**

Plaintiffs,

v.

**JILL HUNSAKER RYAN, in her Official Capacity as the Executive Director of the Colorado Department of Public Health and Environment, et al.**

Defendants.

---

**Declaration of Jonathan Mason**

I, Jonathan Mason, declare as follows:

1. My name is Jonathan Mason. I am over 18 years of age. The information in this declaration is true and correct to the best of my knowledge, information, and belief and is based on my personal experience.

2. I live in Phoenix, Arizona.

3. I am current Capital Project Director at Baron Property Services, LLC.

4. In my position as the Capital Project Director, I oversee all capital improvements and renovations of our multifamily assets.

5. As Capital Project Director, I am familiar with the day-to-day and long-term operations of Baron Property Services, LLC in Colorado, and am qualified and authorized by Baron Property Services, LLC to speak to the matters discussed in this declaration.

6. Baron Property Services, LLC is a member of the Colorado Apartment Association ("CAA") and the Apartment Association of Metro Denver ("AAMD"), and has been since 1997.

7. As a member of CAA and AAMD, Baron Property Services, LLC relies on CAA and AAMD to represent its interests in the City and County of Denver, Colorado and the State of Colorado, including advocating for regulations that are in compliance with state and federal law.

8. Baron Property Services, LLC owns and operates 3 multi-family buildings in the City and County of Denver, Colorado which are subject to the requirements of the City of Denver, Colorado's Denver Ordinance No. 20211310 ("Energize Denver Ordinance"), and the implementing rules for Energize Denver enacted by the Denver Office of Climate Action, Sustainability, and Resiliency, ("OCASR") entitled "Rules & Regulations Governing Energize Denver Building Energy Performance Requirements" ("Energize Denver Regulations") (the Ordinance and Regulations may be collectively referred to as "Energize Denver").

9. Those 3 multi-family buildings are also subject to the requirements of the Colorado

Air Quality Control Commission's ("Commission") final regulation entitled Building Benchmarking and Performance Standards, 5 CCR 1001-32 ("Regulation 28") enacting agency regulations directed by the State of Colorado's House Bill 21-1286

10. Under both Energize Denver and Regulation 28, Baron Property Services, LLC is required to meet building performance standards, generally expressed and measured as Energy Intensity Use ("EUI") scores. Each regulation has established an enforceable schedule for achieving interim and final EUI targets. Baron Property Services, LLC must also submit annual benchmarking reporting to OCASR and the Commission. These annual benchmarking submittals are time-consuming and costly to prepare, and require the assistance of outside consultants. In my experience, preparing annual benchmarking reports takes approximately three personnel hours per covered building.

11. In addition to the required benchmarking submittals, Baron Property Services, LLC must prepare initial Level I ASHRAE energy audits to determine whether the properties' benchmarking data is accurate and what range of energy use reductions must be made in order to comply with Energize Denver and Regulation 28.

12. In my experience, these preliminary Level I energy audits alone start at $1000 per building (and can increase depending on the size and complexity of the building).

13. In addition to the required initial Level I analyses, building owners must conduct more detailed Level II ASHRAE "energy audits" to evaluate buildings' status against the performance standards and the options available to achieve those standards. In my experience, the Level II energy audits alone have been quoted for at least $4,500 per Baron Property Services, LLC's building (depending on the size and complexity of the building).

14. Based on preliminary benchmarking, all 3 of the Baron Property Services, LLC's buildings have EUI scores that do not meet the building performance standards that must be

3

achieved under both Energize Denver and Regulation 28.

15. Based on the preliminary internal evaluations of its buildings conducted thus far, Baron Property Services, LLC has determined that it must immediately begin to conduct both Level I and Level II ASHRAE energy audits on its properties to identify available options to achieve the building performance standards, evaluate the engineering and economic feasibility of such options, and begin the planning process for making material modifications to Baron Property Services, LLC's covered buildings to implement the chosen options, in order to meet the fast-approaching compliance deadlines and corresponding EUI building performance standards under Energize Denver and Regulation 28. As noted herein, Property Services, LLC will incur significant costs implementing each of these early actions.

16. To bring Property Services, LLC's buildings into compliance with Energize Denver and Regulation 28, Baron Property Services, LLC anticipates that it will have to spend significant capital and materially modify the aforementioned buildings.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

*/s/ Jonathan Mason*
Jonathan Mason
Capital Project Director
Property Services, LLC