IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

**COLORADO APARTMENT ASSOCIATION et al.**

        Plaintiffs,

v.

**JILL HUNSAKER RYAN, in her Official Capacity as the Executive Director of the Colorado Department of Public Health and Environment, et al.**

        Defendants.

_____

**Declaration of Anthony Dunn**

I, Anthony Dunn, declare as follows:

1. My name is Anthony Dunn. I am over 18 years of age. The information in this declaration is true and correct to the best of my knowledge, information, and belief and is based on my personal experience.

2. I live in Lonetree, Colorado.

3. I am current General Manager at Sheraton Denver Downtown Hotel.

4. As General Manager, I function as the primary strategic business leader of the property with responsibility for all aspects of the operation, including guest and employee satisfaction, human resources, financial performance, sales and revenue generation and delivering a return on investment to both Marriott International and property ownership. Verifies implementation of the Marriott brand service strategy and brand initiatives with the objective of meeting or exceeding guest expectations, increased profit and market share. Holds property leadership team accountable for strategy execution, and guides their individual professional development. The position ensures Marriott International sales engines are leveraged and initiates independent and proactive sales activities, when appropriate, to generate demand. Verifies that the objectives and goals of Marriott and property owners work together to achieve brand positioning and success. Builds owner loyalty through proactive communication, setting and managing expectations and delivering solid business results. The position is actively involved in the local community and builds strong relationships with local officials, businesses, and customers. Represents Marriott Hotels & Resorts and Sheraton brand values in all leadership actions.

5. As General Manager, I am familiar with the day-to-day and long-term operations of Sheraton Denver Downtown Hotel, and am qualified and authorized by Denver HS-EF Court Place, LLC, as owner of the Sheraton Denver Downtown Hotel, By Sheraton license Operating Company, LLC as Operator on behalf of Owner to speak to the matters discussed in this declaration.

2

6. Sheraton Denver Downtown Hotel is a member of Colorado Hotel and Lodging Association, Inc. ("CHLA"), and has been since. June 1, 2008.

7. As a member of CHLA, Sheraton Denver Downtown Hotel relies on CHLA to represent its interests in the City and County of Denver, Colorado and the State of Colorado, including advocating for regulations that are in compliance with state and federal law.

8. Denver HS-EF Court Place, LLC, as owner of the Sheraton Denver Downtown Hotel, By Sheraton license Operating Company, LLC as Operator on behalf of Owner operates at least 1 commercial hotel and lodging buildings in the City and County of Denver, Colorado which are subject to the requirements of the City of Denver, Colorado's Denver Ordinance No. 20211310 ("Energize Denver Ordinance"), and the implementing rules for Energize Denver enacted by the Denver Office of Climate Action, Sustainability, and Resiliency, ("OCASR") entitled "Rules & Regulations Governing Energize Denver Building Energy Performance Requirements" ("Energize Denver Regulations") (the Ordinance and Regulations may be collectively referred to as "Energize Denver").

9. Denver HS-EF Court Place, LLC, as owner of the Sheraton Denver Downtown Hotel, By Sheraton license Operating Company, LLC as Operator on behalf of Owner also operates 1 commercial hotel and lodging building in the State of Colorado which is subject to the requirements of the Colorado Air Quality Control Commission's ("Commission") final regulation entitled Building Benchmarking and Performance Standards, 5 CCR 1001-32 ("Regulation 28") enacting agency regulations directed by the State of Colorado's House Bill 21-1286

10. Under both Energize Denver and Regulation 28, Sheraton Denver Downtown Hotel is required to meet building performance standards, generally expressed and measured as Energy Intensity Use ("EUI") scores. Each regulation has established an enforceable schedule for achieving interim and final EUI targets. Sheraton Denver Downtown Hotel must also submit annual

3

benchmarking reporting to OCASR and the Commission. These annual benchmarking submittals are time-consuming and costly to prepare, and require the assistance of outside consultants. In my experience, the total 20 hours of preparing annual benchmarking reports is approximately $2,500 per covered building.

11. In addition to the required benchmarking submittals, Sheraton Denver Downtown Hotel must prepare initial Level I ASHRAE energy audits to determine whether the properties' benchmarking data is accurate and what range of energy use reductions must be made in order to comply with Energize Denver and Regulation 28.

12. In my experience, these preliminary Level I energy audits alone can cost between $4,500 and $7,500 per building (depending on the size and complexity of the building).

13. In addition to the required initial Level I analyses, building owners must conduct more detailed Level II ASHRAE "energy audits" to evaluate buildings' status against the performance standards and the options available to achieve those standards. In my experience, the Level II energy audits alone can cost between $100,000 and $200,000 per building (depending on the size and complexity of the building).

14. Based on these evaluations, at least 1 of the Denver HS-EF Court Place, LLC, as owner of the Sheraton Denver Downtown Hotel, By Sheraton license Operating Company, LLC as Operator on behalf of Owner buildings have EUI scores that do not meet the building performance standards that must be achieved under both Energize Denver and Regulation 28.

15. Based on the evaluations of its buildings conducted thus far, Denver HS-EF Court Place, LLC, as owner of the Sheraton Denver Downtown Hotel, By Sheraton license Operating Company, LLC as Operator on behalf of Owner has determined that it must immediately begin to conduct Level II ASHRAE energy audit on its properties to identify available options to achieve the building performance standards, evaluate the engineering and economic feasibility of such options,

and begin the planning process for making material modifications to Denver HS-EF Court Place, LLC, as owner of the Sheraton Denver Downtown Hotel, By Sheraton license Operating Company, LLC as Operator on behalf of Owner buildings to implement the chosen options, in order to meet the fast-approaching compliance deadlines and corresponding EUI building performance standards under Energize Denver and Regulation 28.   Denver HS-EF Court Place, LLC, as owner of the Sheraton Denver Downtown Hotel, By Sheraton license Operating Company, LLC as Operator on behalf of Owner will incur significant costs implementing each of these early actions.

16.   To bring Denver HS-EF Court Place, LLC, as owner of the Sheraton Denver Downtown Hotel, By Sheraton license Operating Company, LLC as Operator on behalf of Owner's buildings into compliance with Energize Denver and Regulation 28, Denver HS-EF Court Place, LLC, as owner of the Sheraton Denver Downtown Hotel, By Sheraton license Operating Company, LLC as Operator on behalf of Owner anticipates that it will have to spend significant capital and materially modify the aforementioned buildings.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Anthony Dunn
General Manager
Denver HS-EF Court Place, LLC, as owner
of the Sheraton Denver Downtown Hotel,
By Sheraton license Operating Company,
LLC as Operator on behalf of Owner