IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

**COLORADO APARTMENT ASSOCIATION et al.**

        Plaintiffs,

v.

**JILL HUNSAKER RYAN, in her Official Capacity as the Executive Director of the Colorado Department of Public Health and Environment, et al.**

        Defendants.

_____

**Declaration of Jack Damioli**

I, Jack Damioli, declare as follows:

1. My name is Jack Damioli. I am over 18 years of age. The information in this declaration is true and correct to the best of my knowledge, information, and belief and is based on my personal experience.

2. I live in Colorado Springs, Colorado.

3. I am President and CEO of The Broadmoor Hotel, Inc.

4. In my position, I oversee operation and management of The Broadmoor Hotel and associated properties in El Paso County, Colorado.

5. As President and CEO, I am familiar with the day-to-day and long-term operations of The Broadmoor Hotel, Inc., and am qualified and authorized by The Broadmoor Hotel, Inc. to speak to the matters discussed in this declaration.

6. The Broadmoor Hotel, Inc. is a member of Colorado Hotel and Lodging Association, Inc. ("CHLA"), and has been since at least 1987.

7. As a member of CHLA, The Broadmoor Hotel, Inc. relies on CHLA to represent its interests in the City and County of Denver, Colorado and the State of Colorado, including advocating for regulations that are in compliance with state and federal law.

8. The Broadmoor Hotel, Inc. also operates commercial hotel and lodging buildings in the State of Colorado which are subject to the requirements of the Colorado Air Quality Control Commission's ("Commission") final regulation entitled Building Benchmarking and Performance Standards, 5 CCR 1001-32 ("Regulation 28") enacting agency regulations directed by the State of Colorado's House Bill 21-1286

9. Under Regulation 28, The Broadmoor Hotel, Inc. is required to meet building performance standards, generally expressed and measured as Energy Intensity Use ("EUI") scores. Each regulation has established an enforceable schedule for achieving interim and final EUI targets.

The Broadmoor Hotel, Inc. must also submit annual benchmarking reporting to Colorado Air Pollution Control Division. These annual benchmarking submittals are time-consuming and costly to prepare and require the assistance of outside consultants. In my experience, the total cost of preparing annual benchmarking reports is in excess of $10,000 and involves more than 40 hours of personnel time.

10. In addition to the required benchmarking submittals, The Broadmoor Hotel, Inc. must prepare initial Level I ASHRAE energy audits to determine whether the properties' benchmarking data is accurate and what range of energy use reductions must be made in order to comply with Regulation 28.

11. In my experience, these preliminary Level I energy audits alone will cost The Broadmoor, Inc. in excess of $30,000 due to the size and complexity of its campus.

12. In addition to the required initial Level I analyses, building owners must conduct more detailed Level II ASHRAE "energy audits" to evaluate buildings' status against the performance standards and the options available to achieve those standards. In my experience, the Level II energy audits will cost The Broadmoor, Inc. in excess of $200,000 due to the size and complexity of its campus.

13. Based preliminary evaluations and benchmarking, The Broadmoor Hotel, Inc.'s current campus has an EUI score that does not meet the building performance standards that must be achieved under Regulation 28.

14. Based on the evaluations of its buildings conducted thus far, The Broadmoor Hotel, Inc. has determined that it must immediately begin to conduct Level II ASHRAE energy audits on its properties to identify available options to achieve the building performance standards, evaluate the engineering and economic feasibility of such options, and begin the planning process for making material modifications to The Broadmoor Hotel, Inc.'s buildings to implement the chosen options,

in order to meet the fast-approaching compliance deadlines and corresponding EUI building performance standards under Energize Denver and Regulation 28. The Broadmoor Hotel, Inc. will incur significant costs implementing each of these early actions.

15. To bring The Broadmoor Hotel, Inc.'s buildings into compliance with Regulation 28, The Broadmoor Hotel, Inc. anticipates that it will have to spend significant capital and materially modify the aforementioned buildings. This includes replacing major building systems, including HVAC and water heating systems with remaining useful life.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Jack Damioli
President and CEO
The Broadmoor Hotel, Inc.