IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

**COLORADO APARTMENT ASSOCIATION et al.**

      Plaintiffs,

**v.**

**JILL HUNSAKER RYAN, in her Official Capacity as the Executive Director of the Colorado Department of Public Health and Environment, et al.**

      Defendants.

_____

**Declaration of Walter Isenberg**

I, Walter Isenberg, declare as follows:

1. My name is Walter Isenberg. I am over 18 years of age. The information in this declaration is true and correct to the best of my knowledge, information, and belief and is based on my personal experience.

2. I live in Denver, Colorado.

3. I am currently the President of Oxford 2005 LLP, owner of the Oxford Hotel. In addition, I am the Co-Founder and CEO of Sage Hospitality Group, which operates the Oxford Hotel.

4. As Co-Founder and CEO, I am responsible for developing and implementing the company's business strategies as well as for making corporate and investment decisions. I oversee the overall resources and operations of the company. In addition, and as a leader of Sage Hospitality Group, I am the primary spokesperson and representative of the company within the Denver and Colorado communities, as well as within the greater hospitality industry.

5. As Co-Founder and CEO I am familiar with the day-to-day and long-term operations of Sage Hospitality Group and am qualified and authorized by Oxford 2205 LLP and Sage Hospitality Group to speak to the matters discussed in this declaration.

6. The Oxford Hotel is a member of Colorado Hotel and Lodging Association, Inc. ("CHLA"), and has been since August 2014.

7. As a member of CHLA, the Oxford Hotel relies on CHLA to represent its interests in the City and County of Denver, Colorado and the State of Colorado, including advocating for regulations that are in compliance with state and federal law.

8. Sage Hospitality Group owns, operates, and manages at least 15 commercial hotel and lodging buildings in the City and County of Denver, Colorado which are subject to the requirements of the City of Denver, Colorado's Denver Ordinance No. 20211310 ("Energize Denver

2

Ordinance"), and the implementing rules for Energize Denver enacted by the Denver Office of Climate Action, Sustainability, and Resiliency, ("OCASR") entitled "Rules & Regulations Governing Energize Denver Building Energy Performance Requirements" ("Energize Denver Regulations") (the Ordinance and Regulations may be collectively referred to as "Energize Denver").

9. Sage Hospitality Group also owns, operates, and manages at least 18 commercial hotel and lodging buildings in the State of Colorado which are subject to the requirements of the Colorado Air Quality Control Commission's ("Commission") final regulation entitled Building Benchmarking and Performance Standards, 5 CCR 1001-32 ("Regulation 28") enacting agency regulations directed by the State of Colorado's House Bill 21-1286

10. Under both Energize Denver and Regulation 28, the Oxford Hotel is required to meet building performance standards, generally expressed and measured as Energy Intensity Use ("EUI") scores. Each regulation has established an enforceable schedule for achieving interim and final EUI targets. The Oxford Hotel must also submit annual benchmarking reporting to OCASR and the Commission. These annual benchmarking submittals are time-consuming and costly to prepare, and require the assistance of outside consultants. In my experience, the total burden of preparing annual benchmarking reports is approximately 2-4 hours, costing $500-$1,250 per covered building.

11. In addition to the required benchmarking submittals, the Oxford Hotel must prepare initial Level I ASHRAE energy audits to determine whether the properties' benchmarking data is accurate and what range of energy use reductions must be made in order to comply with Energize Denver and Regulation 28.

12. In my experience, these preliminary Level I energy audits alone can cost between $4,500 and $7,500 per building (depending on the size and complexity of the building).

13. In addition to the required initial Level I analyses, building owners must conduct

3

more detailed Level II ASHRAE "energy audits" to evaluate buildings' status against the performance standards and the options available to achieve those standards. In my experience, the Level II energy audits alone can cost between $10,000 and $15,000 per building (depending on the size and complexity of the building).

14. Based on these evaluations, at least 14 of Sage Hospitality Group's buildings have EUI scores that do not meet the building performance standards that must be achieved under both Energize Denver and Regulation 28.

15. Based on the evaluations of its buildings conducted thus far, Sage Hospitality Group has determined that it must immediately begin to conduct Level II ASHRAE energy audits on its properties to identify available options to achieve the building performance standards, evaluate the engineering and economic feasibility of such options, and begin the planning process for making material modifications to Sage Hospitality Group's buildings to implement the chosen options, in order to meet the fast-approaching compliance deadlines and corresponding EUI building performance standards under Energize Denver and Regulation 28. Sage Hospitality Group and its partners will incur significant costs implementing each of these early actions.

16. To bring Sage Hospitality Group's buildings into compliance with Energize Denver and Regulation 28, Sage Hospitality Group anticipates that it, along with its partners, will have to spend significant capital and materially modify the aforementioned buildings.

17. Additionally, Sage Hospitality Group plans to build new buildings in the City and County of Denver and State of Colorado that would be subject to the regulations.

18. The requirements of the regulations will increase the costs of designing and constructing new buildings.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury under the laws of the

United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Walter Isenberg
Co-Founder and CEO
Sage Hospitality Group