IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.

**COLORADO APARTMENT ASSOCIATION et al.**

Plaintiffs,

**v.**

**JILL HUNSAKER RYAN, in her Official Capacity as the Executive Director of the Colorado Department of Public Health and Environment, et al.**

Defendants.

_____

Declaration of Navin C. Dimond

I, Navin C. Dimond, declare as follows:

1. My name is Navin C. Dimond. I am over 18 years of age. The information in this declaration is true and correct to the best of my knowledge, information, and belief and is based on my personal experience.

2. I live in Cherry Hills Village, Colorado.

3. I am currently the Founder and CEO of Stonebridge Companies, LLC ("Stonebridge Companies")

4. As the CEO, I provide leadership for all aspects of Stonebridge Companies operations and oversee the ongoing operations of all divisions in Stonebridge Companies.

5. As CEO, I am familiar with the day-to-day and long-term operations of Stonebridge Companies, and am qualified and authorized by Stonebridge Companies to speak to the matters discussed in this declaration.

6. Stonebridge Companies is a member of Colorado Hotel and Lodging Association, Inc. ("CHLA"), and has been over ten (10) years.

7. As a member of CHLA, Stonebridge Companies relies on CHLA to represent its interests in the City and County of Denver, Colorado and the State of Colorado, including advocating for regulations that are in compliance with state and federal law.

8. Stonebridge Companies manages at least fifteen (15) commercial hotel and lodging buildings in the City and County of Denver, Colorado that are subject to the requirements of the City of Denver, Colorado's Denver Ordinance No.20211310 ("Energize Denver Ordinance"), and the implementing rules for Energize Denver enacted by the Denver Office of Climate Action, Sustainability, and Resiliency, ("OCASR") entitled "Rules & Regulations Governing Energize Denver Building Energy Performance Requirements" ("Energize Denver Regulations") (the Ordinance and Regulations may be collectively referred to as "Energize Denver").

9.     Stonebridge Companies manages at least twenty (20) commercial hotel and lodging buildings in the State of Colorado that are subject to the requirements of the Colorado Air Quality Control Commission's ("Commission") final regulation entitled Building Benchmarking and Performance Standards, 5 CCR 1001-32 ("Regulation 28") enacting agency regulations directed by the State of Colorado's House Bill 21-1286

10.     Under both Energize Denver and Regulation 28, the foregoing hotels, such as the Renaissance Denver Downtown City Center Hotel located at 918 17th Street, Denver, Colorado 80202 (the "Renaissance"), are required to meet building performance standards, generally expressed and measured as Energy Intensity Use ("EUI") scores. Each regulation has established an enforceable schedule for achieving interim and final EUI targets. The Renaissance must also submit annual benchmarking reporting to OCASR and the Commission. These annual benchmarking submittals are time-consuming and costly to prepare and require the assistance of outside consultants. In my experience, the total cost of preparing annual benchmarking reports is approximately $7,000 per covered building.

11.     In addition to the required benchmarking submittals, Stonebridge Companies, on behalf of the owners, must prepare initial Level I ASHRAE energy audits to determine whether the properties' benchmarking data is accurate and what range of energy use reductions must be made in order to comply with Energize Denver and Regulation 28.

12.     In my experience, these preliminary Level I energy audits alone can cost between $4,500 and $7,500 per building (depending on the size and complexity of the building).

13.     In addition to the required initial Level I analyses, building owners must conduct more detailed Level II ASHRAE "energy audits" to evaluate buildings' status against the performance standards and the options available to achieve those standards. In my experience, the Level II energy audits alone can cost between $7,000 and $10,000 per building (depending on the

size and complexity of the building).

14. Based on the evaluations of its buildings conducted thus far, Stonebridge Companies has determined that it must immediately begin to conduct Level I and/or Level II ASHRAE energy audits on various properties within its portfolio to identify available options to achieve the building performance standards, evaluate the engineering and economic feasibility of such options, and begin the planning process for making material modifications to the various buildings to implement the chosen options, in order to meet the fast-approaching compliance deadlines and corresponding EUI building performance standards under Energize Denver and Regulation 28. The owners will incur significant costs implementing each of these early actions.

15. To bring the buildings Stonebridge Companies manages into compliance with Energize Denver and Regulation 28, the owners anticipate that it will have to spend significant capital and materially modify the aforementioned buildings.

16. Additionally, multiple owners that Stonebridge Companies currently manages buildings for plan to build new buildings in the City and County of Denver and State of Colorado that would be subject to the regulations.

17. Those owners have indicated to Stonebridge Companies that the requirements of the regulations will increase the costs of designing and constructing new buildings.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Navin C. Dimond
Founder and CEO
Stonebridge Companies, LLC

4