IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

COLORADO APARTMENT ASSOCIATION et al.

        Plaintiffs,

v.

JILL HUNSAKER RYAN, in her Official Capacity as the Executive Director of the Colorado Department of Public Health and Environment, et al.

        Defendants.

---

Declaration of Dennis Supple

I, Dennis Supple, declare as follows:

1. My name is Dennis Supple. I am over 18 years of age. The information in this declaration is true and correct to the best of my knowledge, information, and belief and is based on my personal experience.

2. I live in Denver, Colorado.

3. I am current the Facilities Director at the Denver Metro Chamber of Commerce, dba 1445 Market Street Inc.

4. As Facilities Director, I am responsible for and manage all workplace services activities and processes for a 76,000 square foot commercial office building located in LoDo Denver. Among my core responsibilities are facilities maintenance and construction projects, physical security program, compliance and audit programs, business continuity and emergency preparedness, life safety systems, and vendor management.

5. As Facilities Director, I am familiar with the day-to-day and long-term operations of the Denver Metro Chamber of Commerce, dba 1445 Market Street Inc, and am qualified and authorized by the Denver Metro Chamber of Commerce to speak to the matters discussed in this declaration.

6. The Denver Metro Chamber of Commerce is a member of NAIOP Colorado, the Commercial Real Estate Development Association, ("NAIOP Colorado").

7. As a member of NAIOP Colorado, the Denver Metro Chamber of Commerce relies on NAIOP Colorado to represent its interests in the City and County of Denver, Colorado and the State of Colorado, including advocating for regulations that are in compliance with state and federal law.

8. The Denver Metro Chamber of Commerce owns, occupies and operates a commercial real estate building located at 1445 Market Street in the City and County of Denver,

2

Colorado which are subject to the requirements of the City of Denver, Colorado's Denver Ordinance No. 20211310 ("Energize Denver Ordinance"), and the implementing rules for Energize Denver enacted by the Denver Office of Climate Action, Sustainability, and Resiliency, ("OCASR") entitled "Rules & Regulations Governing Energize Denver Building Energy Performance Requirements" ("Energize Denver Regulations") (the Ordinance and Regulations may be collectively referred to as "Energize Denver").

9. The Denver Metro Chamber of Commerce also owns, occupies and operates a commercial building in the State of Colorado which are subject to the requirements of the Colorado Air Quality Control Commission's ("Commission") final regulation entitled Building Benchmarking and Performance Standards, 5 CCR 1001-32 ("Regulation 28") enacting agency regulations directed by the State of Colorado's House Bill 21-1286

10. Under both Energize Denver and Regulation 28, the Denver Metro Chamber of Commerce is required to meet building performance standards, generally expressed and measured as Energy Intensity Use ("EUI") scores. Each regulation has established an enforeceable schedule for achieving interim and final EUI targets. The Denver Metro Chamber of Commerce must also submit annual benchmarking reporting to OCASR and the Commission. These annual benchmarking submittals are time-consuming and costly to prepare, and require the assistance of outside consultants. In my experience, the total hours of preparing annual benchmarking reports is approximately 15 per covered building.

11. In addition to the required benchmarking submittals, the Denver Metro Chamber of Commerce must prepare initial Level I ASHRAE energy audits to determine whether the properties' benchmarking data is accurate and what range of energy use reductions must be made in order to comply with Energize Denver and Regulation 28.

12. In my experience, these preliminary Level I energy audits alone can cost between

3

$4,500 and $13,000 per building (depending on the size and complexity of the building).

13. In addition to the required initial Level I analyses, building owners must conduct more detailed Level II ASHRAE "energy audits" to evaluate buildings' status against the performance standards and the options available to achieve those standards. In my experience, the Level II energy audits alone can cost between $9000 and $27,000 per building (depending on the size and complexity of the building).

14. Based on these evaluations, the Denver Metro Chamber of Commerce's building has EUI scores that do not meet the building performance standards that must be achieved under both Energize Denver and Regulation 28.

15. Based on the evaluations of its building conducted thus far, the Denver Metro Chamber of Commerce has determined that it must immediately begin to conduct Level I and Level II ASHRAE energy audits on its property to identify available options to achieve the building performance standards, evaluate the engineering and economic feasibility of such options, and begin the planning process for making material modifications to the Denver Metro Chamber of Commerce building to implement the chosen options, in order to meet the fast-approaching compliance deadlines and corresponding EUI building performance standards under Energize Denver and Regulation 28. The Denver Metro Chamber of Commerce will incur significant costs implementing each of these early actions.

16. To bring The Denver Metro Chamber of Commerce building into compliance with Energize Denver and Regulation 28, the Denver Metro Chamber of Commerce anticipates that it will have to spend significant capital and materially modify the aforementioned buildings.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and

belief.

*[signature: Dennis Supple]*

Dennis Supple
Director of Facilities
Denver Metro Chamber of Commerce

5