IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01093-MEH

COLORADO APARTMENT ASSOCIATION,
APARTMENT ASSOCIATION OF METRO DENVER,
COLORADO HOTEL AND LODGING ASSOCIATION, INC.,
NAIOP COLORADO CHAPTER,

    Plaintiffs,

v.

JILL HUNSAKER RYAN,
MICHAEL OGLETREE,
WILL TOOR,
THE CITY AND COUNTY OF DENVER,
THE DENVER CITY COUNCIL,
MIKE JOHNSTON,
THE DENVER OFFICE OF CLIMATE ACTION, SUSTAINABILITY, AND RESILIENCY,
and
ELIZABETH BABCOCK,

    Defendants.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, Chief United States Magistrate Judge, on April 23, 2024.**

    Pursuant to the consent form filed declining consent under D.C.COLO.LCivR 40.1(c) [ECF 4], the Court directs the Clerk of the Court to **reassign** this case under D.C.COLO.LCivR 40.1(a). This Court may continue on the case to hear matters referred by the district judge under 28 U.S.C. § 636(b), Fed. R. Civ. P. 72, and D.C.COLO.LCivR 72.1(c).