## TABLE OF EXHIBITS TO THE MOTION TO INTERVENE

| Exhibit Letter | Document Description | Page Number in Appendix |
|---|---|---|
| A | Declaration of Sarah Tresedder | 1 |
| B | Declaration of Ramesh Bhatt | 6 |
| C | Declaration of Rebecca Menke | 12 |
| D | Declaration of Victoria Hernandez | 17 |
| E | Declaration of Gina Trujillo | 22 |
| F | Declaration of Mike Kruger | 25 |
| G | Declaration of Kevin Cray | 27 |

## DECLARATION OF SARAH TRESEDDER

I, Sarah Tresedder, declare as follows:

My name is Sarah Tresedder. I am over 18 years old. The information in this declaration is based on my personal experience and my review of publicly available information. I have personal knowledge of the following facts, and if called as a witness could testify competently to them.

1.    I am a Campaign Representative for the Sierra Club's Building Electrification Campaign in Colorado. In this position, I lead the Sierra Club's work to reduce air pollution and greenhouse gas emissions related to energy consumption in Colorado's buildings. I have worked on this campaign since April 2024, and I have worked in other positions at the Sierra Club since 2018. As a result, I am familiar with the interests and activities of the Sierra Club, including its Building Electrification Campaign.

2.    The Sierra Club is a nationwide non-profit environmental membership organization incorporated in California. We represent over 640,162 members nationwide, including 19,310 members in Colorado and 2,389 members who live in the City and County of Denver. The Sierra Club's purpose is to explore, enjoy, and protect the wild places of the earth; to practice and promote the responsible use of the earth's ecosystems and resources; to educate and enlist humanity to protect and restore the quality of the natural and human environment; and to use all lawful means to carry out these objectives. We work with other partner organizations, nonprofits, and campaigns to build a diverse, inclusive movement that represents today's American public. We advocate in this movement to advance a bold and transformational agenda that ensures everyone can exercise their human right to clean air, fresh water, public access to nature, and a stable climate.

3.      One of the Sierra Club's key strategic objectives focuses on a clean and just energy transition. Nationally, about two thirds of all greenhouse gas emissions come from fossil fuels used across three sectors: (1) coal and gas to generate electricity; (2) oil for transportation sources such as cars, trucks, and buses; and (3) gas in buildings to heat our homes and cook our food.[1] These fossil fuels cause air pollution, water pollution, and climate impacts that disproportionately harm communities of color. Our Building Electrification Campaign therefore aims to transform our energy system by ending reliance on fossil fuels and transitioning to the efficient use of 100% clean energy to power our homes and businesses.

4.      In Colorado, the residential, commercial, and electric sectors emit over 38 percent of statewide climate pollution.[2] According to Colorado's Air Pollution Control Division, the state's large buildings emit 9.25 million metric tons of greenhouse gases per year.[3] Energy consumption in buildings is also a major source of outdoor and indoor air pollution, through both the direct combustion of gas in buildings and the consumption of electricity that is generated using fossil fuels. This pollution includes nitrogen oxides, which harm Coloradans' health and contribute to the formation of ozone and particle pollution.

5.      The Sierra Club has long advocated for policies to reduce air pollution and greenhouse gas emissions, including emissions from buildings and the energy used to power them.

---

[1] U.S. Environmental Protection Agency, *Greenhouse Gas Inventory Data Explorer: U.S. Greenhouse Gas Emissions by Economic Sector, 2022*,
https://cfpub.epa.gov/ghgdata/inventoryexplorer/#allsectors/allsectors/allgas/econsect/current.
[2] U.S. Environmental Protection Agency, *Greenhouse Gas Inventory Data Explorer: Colorado Greenhouse Gas Emissions by Economic Sector, 2021*,
https://cfpub.epa.gov/ghgdata/inventoryexplorer/#allsectors/allsectors/allgas/econsect/current.
[3] Colorado Department of Public Health and Environment, Air Pollution Control Division, *In the Matter of Proposed Adoption of Regulation Number 28: Second Prehearing Statement* 2 (June 5, 2023),
https://drive.google.com/file/d/1UhPNEwRXWqe98xYLIrromekF7MAKBcjV/view.

The Sierra Club's work includes participating in proceedings and rulemakings related to energy policy and the reduction of air pollution before local, state, and federal agencies across the country. For example, the Sierra Club is an intervenor in the first ever Clean Heat Plan filed by a gas utility before the Colorado Public Utilities Commission, and has participated in many other proceedings before the Public Utilities Commission and the Colorado Air Quality Control Commission to advance our clean energy and efficiency goals. The Sierra Club also advocates for clean energy policies in Congress, state legislatures, and city councils.

6.      Denver has enacted a set of building performance standards known as Energize Denver. The Colorado Air Quality Control Commission has enacted a set of building performance standards known as Regulation 28. By requiring large buildings to gradually reduce their greenhouse gas emissions, these standards will advance the Sierra Club's interest in promoting the use of clean, efficient energy in Colorado's buildings. The standards will also reduce on-site and upstream air pollution from large buildings' energy use by encouraging energy conservation measures and distributed renewable energy generation.

7.      The Sierra Club played a vital role in coalition efforts to develop and enact Denver and Colorado's building performance standards. A Sierra Club representative served on the 2021 Energize Denver Task Force that developed recommendations to inform the second Energize Denver ordinance,[4] and testified before the Denver City Council in support of the ordinance.[5] The Sierra Club organized its members and supporters to

---

[4] Energize Denver Task Force, *Energize Denver Task Force Recommendations* 2 (Aug. 31, 2021), https://www.denvergov.org/files/assets/public/v/1/climate-action/documents/climate-action-task-force/edtf-recommendations-8-31-final.pdf.
[5] Denver City Council, Recording of Wednesday, November 3, 2021 Meeting of Safety, Housing, Education & Homelessness Committee, https://denver.granicus.com/player/clip/14536?view_id=180&meta_id=984901&redirect=true.

submit hundreds of comments to state legislators in support of House Bill 21-1286, which directed the Air Quality Control Commission to develop building performance standards.[6] This legislative direction led to the development of Regulation 28. We also published information about the passage of House Bill 21-1286 using the Sierra Club's social media, due to our members' and supporters' interest in this legislation and its environmental benefits.[7]

8.   I know that the federal Energy Policy and Conservation Act's ("EPCA's") preemption of certain state and local regulations is a key issue in this lawsuit. The Sierra Club has extensive experience participating in litigation related to EPCA preemption. This experience includes filing an *amicus curiae* brief in *California Restaurant Association v. City of Berkeley*,[8] intervening to defend Washington's building codes in *Rivera v. Washington State Building Code Council*,[9] intervening to defend a previous Washington building code in *Building Industry Association of Washington v. Washington State Building Code Council*,[10] and monitoring or participating in other lawsuits involving EPCA preemption.

9.   This lawsuit, seeking to overturn building performance standards that advance clean energy and efficiency goals, threatens the interests of the Sierra Club and its members. If the plaintiffs succeed in overturning Energize Denver and Regulation 28, the health

---

[6] *See* Sierra Club Colorado, *Tell Your Legislator – "It's Time to Get Fossil Fuels Out of Our Homes and Buildings."*, https://act.sierraclub.org/actions/Colorado?actionId=AR0329068&id=70131000001Lp1FAAS.
[7] Sierra Club Colorado (@sierraclubco), Instagram (June 8, 2021), https://www.instagram.com/p/CP375nxFvfw/; Sierra Club Colorado (@siereraclubco), Instagram (April 23, 2021), https://www.instagram.com/p/COBHKDGlDOZ/.
[8] Brief for Sierra Club as Amicus Curiae Supporting Defendant, *Cal. Restaurant Ass'n v. City of Berkeley*, 89 F.4th 1094 (9th Cir. 2024) (No. 21-16278).
[9] Motion to Intervene of Climate Solutions, The Lands Council, NW Energy Coalition, Sierra Club, and Washington Physicians for Social Responsibility, *Rivera v. Washington State Building Code Council*, No. 1:23-cv-03070 (E.D. Wa. June 6, 2023).
[10] Motion to Intervene of NW Energy Coalition, Sierra Club, Washington Environmental Council, and Natural Resources Defense Council, *Building Industry Association of Washington v. Washington State Building Code Council*, No. 3:10-cv-05373 (W.D. Wa. July 6, 2010).

and well-being of our members will continue to be harmed by air pollution and greenhouse gas emissions from large buildings' energy use. This pollution will continue to diminish their ability to enjoy outdoor recreation and scenic views. And our members who live in large buildings that are covered by the standards will not have the opportunity to benefit from energy bill savings resulting from conservation measures that their landlords take to comply with the standards. If the lawsuit were successful, it would also harm the Sierra Club's interest in building performance standards that we helped enact, and that advance our clean energy policy goals.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed June 10, 2024.

_____
Sarah Tresedder

## DECLARATION OF RAMESH BHATT

I, Ramesh Bhatt, declare as follows:

My name is Ramesh Bhatt. I am over 18 years old. The information in this declaration is based on my personal experience and my review of publicly available information. I have personal knowledge of the following facts, and if called as a witness could testify competently to them. As to those matters which reflect an opinion, they reflect my personal experience, opinion and judgment on the matter.

1. My primary residence is in Boulder, Colorado, where I have lived with my wife since 2018.

2. I am a retired psychology professor.

3. I have been a member of the Sierra Club since 1987. I am a Life Member.

4. The Sierra Club is a nationwide non-profit environmental membership organization, whose purpose is to explore, enjoy, and protect the wild places of the earth; to practice and promote the responsible use of the earth's ecosystems and resources; to educate and enlist humanity to protect and restore the quality of the natural and human environment; and to use all lawful means to carry out these objectives.

5. I believe deeply in the Sierra Club's mission. I am an active member because I support the conservation work that the Sierra Club does to protect the environment, including the outdoor spaces that I and my fellow members enjoy. As the nation's oldest and largest grassroots environmental organization, the Sierra Club provides me with excellent opportunities to advance the environmental issues I care about.

6. I currently serve as the volunteer Conservation Chair of the Sierra Club's Colorado Chapter, and I am on the Chapter's Steering, Legislative, and Conservation Committees. In these roles, I help direct the Colorado Chapter's conservation,

legislative, regulatory, and legal work, including its work to reduce emissions from buildings and power plants. I participate in frequent meetings with Sierra Club staff and other volunteers, often multiple times per week. I also frequently engage in policy advocacy on behalf of the Sierra Club, including testifying before the Colorado legislature and sending letters and public comments to state and local policy officials. Over the years, I have held several other leadership roles with the Sierra Club.

7.     I am a member of the Natural Resources Defense Council (NRDC). I am a member of or contribute to several other environmental organizations, including the National Audubon Society, the Wilderness Society, Earthjustice, 350 Colorado, the Center for Biological Diversity, Forest Service Employees for Environmental Protection, the American Birding Association, and the Birding Conservancy of the Rockies.

8.     Colorado's Front Range, where I live, suffers from severe air pollution, including ozone pollution. I am aware that in its 2024 State of the Air report, the American Lung Association gave the Denver-Aurora metro area an "F" grade based on its number of high ozone days and short-term particle pollution. The area was ranked in the Lung Association's top 10 most polluted cities for ozone, and in the top 20 most polluted cities for short-term particle pollution. This area includes Boulder County, where I live. I am also aware that the U.S. Environmental Protection Agency recently reclassified the Denver metro area where I live as being in "Severe" nonattainment of the health-based 2008 National Ambient Air Quality Standard for ozone, after the area has failed to attain the standard for years.

9.     Colorado is also experiencing the effects of climate change. I understand that climate change contributes to increased frequency and severity of wildfires in Colorado, as well as drought, decreased snowpack, and extreme weather.

10.     Energy consumption and fossil fuel combustion in Colorado's large buildings contribute to air pollution and climate change. Burning fossil fuels in buildings emits greenhouse gases, and contributes significantly to Colorado's overall greenhouse gas emissions. It also emits air pollutants including nitrogen oxide pollution, which contributes to ozone formation. The consumption of electricity in large buildings also contributes to climate change and air pollution. A significant portion of Colorado's electricity is generated by fossil fuel-fired power plants, including the Valmont Power Station, which is a gas-fired power plant located less than 5 miles from my home. Electricity generation from fossil fuel combustion emits greenhouse gases and air pollutants, and contributes to other environmental harms including soil and water contamination.

11.     I regularly enjoy outdoor recreation in Boulder and the surrounding areas, including hiking multiple times per week, jogging, and birdwatching. From late Spring to early Fall, I collect data for a breeding bird survey conducted by the Boulder County Nature Association. This involves frequent walks in the survey area in southwestern Boulder. I also regularly participate in bird walks in and around Boulder County.

12.     Air pollution is a major hindrance to my ability to enjoy these outdoor activities. I refrain from jogging and am forced to restrict my outdoor activities when ozone levels are high, because I am concerned about the health impacts of exposure to this pollution.

13.     Air pollution also impairs my ability to birdwatch and enjoy the natural scenery where I live. Ozone and other pollution often impairs visibility, interfering with my enjoyment of the beautiful mountains and plains in the area. I refrain from

taking hikes to enjoy this scenery when I know that visibility is going to be poor. I am also concerned that air quality may impact the bird population in the area which I survey. Bird and insect populations are plunging, and I am afraid that the birds I survey will continue to be badly affected if air pollution in the area persists or worsens.

14.    I am concerned about how air pollution may be impacting my health, including cognitive and respiratory harms. I am aware of studies that suggest an association between poor air quality and dementia and premature death. I am concerned that some respiratory effects that my wife and I experience, such as runny noses and sneezing, may be the beginning of more serious effects as we continue to live in this area and breathe the poor quality air.

15.    I am also harmed by the impacts of climate change. Colorado has seen an increase in both the frequency and extent of wildfires driven in part by climate change. My family has had to evacuate our house twice in the last few years because of fires in the vicinity. The Marshall fire that destroyed around 1,000 structures occurred about 2 miles from my home. My wife and I have spent a lot of money and energy fire proofing our house, and now live with a suitcase packed, ready to leave our house in a hurry. Smoke from wildfires also reduces visibility, impairing my ability to enjoy natural scenery, and forces me to refrain from outdoor activities like hiking, jogging, and birding due to my concerns about the health impacts of being exposed to this smoke. I am also concerned that climate change may be impacting the birds that I survey and enjoy watching.

16.    If the use of energy in buildings that contributes to ozone and other air pollution in Boulder were reduced, it would improve my quality of life, allow me to participate

more freely in the outdoor activities I enjoy, and improve my ability to enjoy the natural scenery around me.

17.   If we do not take steps to reduce greenhouse gas emissions, climate change will continue to get much worse. This will harm my community, and it will impair my ability to enjoy my property by feeling safe and secure at home, my ability to enjoy outdoor activities, and my ability to enjoy the natural scenery around me.

18.   I am aware that Denver and the State of Colorado have enacted building performance standards that require large buildings to track and reduce their greenhouse gas emissions over time. Denver's standards are known as Energize Denver, and Colorado's standards are known as Regulation 28. These standards have the potential to significantly reduce air pollution in several ways, such as making large buildings more energy efficient, which will reduce the amount of fossil fuels they combust and the amount of fossil fuel-powered electricity they consume, and increasing the use of distributed renewable energy that serves these buildings.

19.   I understand that the Sierra Club and NRDC are seeking to intervene as defendants in a case trying to overturn these building performance standards. I am supporting the Sierra Club and NRDC's involvement in this case because the standards will directly affect my health and quality of life by reducing harmful air pollution and contributions to climate change. If the standards are overturned, I will continue to experience the health and other harms I have described, and will be prevented from fully enjoying outdoor activities and the natural beauty of Colorado's environment.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed June 10, 2024.

_____
Ramesh Bhatt

**DECLARATION OF REBECCA MENKE**

I, Rebecca Menke, declare as follows:

My name is Rebecca Menke. I am over 18 years old. The information in this declaration is based on my personal experience and my review of publicly available information. I have personal knowledge of the following facts, and if called as a witness could testify competently to them. As to those matters which reflect an opinion, they reflect my personal experience, opinion and judgment on the matter.

1. My primary residence is in Denver, Colorado, where I have lived since 2022.

2. I work as a senior customer success manager for an education technology company.

3. I have been a member of the Sierra Club since 2024.

4. The Sierra Club is a nationwide non-profit environmental membership organization, whose purpose is to explore, enjoy, and protect the wild places of the earth; to practice and promote the responsible use of the earth's ecosystems and resources; to educate and enlist humanity to protect and restore the quality of the natural and human environment; and to use all lawful means to carry out these objectives.

5. I support the Sierra Club's mission. I am a member because I support the Sierra Club's advocacy for strong environmental policies. I moved to Colorado to experience nature in my daily life, from trail running to enjoying mountain views. It is important to me to support an organization that protects the places that bring me so much joy.

6. Air pollution, including ozone, is a major problem in the Denver area where I live. I know that exposure to air pollution is a health concern. Large buildings contribute to air pollution by burning fossil fuels directly, and by using electricity produced with fossil fuels.

7. I regularly spend time outdoors in Denver and the surrounding areas, including

long-distance running on trails and roads, hiking, camping, and snowshoeing. I typically spend at least one day each weekend enjoying these outdoor activities.

8. I am also a volunteer co-leader for November Project Denver, which is a group that meets at least twice a week throughout the year to exercise outside together.

9. Air pollution harms my ability to enjoy these outdoor activities. I have to change my workout plans and avoid outdoor activities when ozone levels are high, because I am concerned about the health impacts of exposure to this pollution, which I have personally experienced. While training for a race, I experienced headaches and extreme fatigue after running outdoors on days with bad air quality. After experiencing this three or four times, I learned that I need to reduce my exposure to air pollution by adjusting my plans or exercising indoors. I downloaded an app to monitor air quality on my phone, and on days when high ozone levels are expected I avoid exercising outside. I usually run on a treadmill instead, even though I strongly prefer to be outdoors. On some weekend days, I can avoid air pollution by traveling further into the mountains to exercise where the air quality is better, but this can require driving an extra one to two hours each way.

10. I am concerned that if the air pollution in Denver gets worse, I would have to cancel or reschedule workouts with November Project. I would feel terrible about telling our group that a workout was canceled, but this would be my only choice if I knew that exercising in badly polluted air would harm our members' health.

11. Air pollution also harms my ability to enjoy scenic views and the city I call home. I recall looking out at Denver from Morrison and seeing a cloud of smog over the city. I thought this was shocking, disheartening, and gross. It was sad to see so

much pollution covering Denver, which I think of as an active city with beautiful mountain views, where people care about their health. I had a hard time reconciling the way I think about Denver with the pollution that I was seeing. It was deeply concerning to think that I live and breathe that stew of smog.

12.   I would be better off Colorado's if buildings reduced their contributions to ozone and other air pollution. This would help me enjoy outdoor activities, take in scenic views, and lead group workouts at November Project without worrying as much about pollution and its health effects.

13.   I am aware that Denver and the State of Colorado have enacted building performance standards that require large buildings to track and reduce their greenhouse gas emissions over time. Denver's standards are known as Energize Denver, and Colorado's standards are known as Regulation 28. These standards have the potential to significantly reduce air pollution in several ways, such as making large buildings more energy efficient, which will reduce the amount of fossil fuels they combust and the amount of fossil fuel-powered electricity they consume, and increasing the use of distributed renewable energy that serves these buildings.

14.   I will benefit directly from these building performance standards because I am a renter in an apartment building that is covered by the standards. I have lived at 3000 Inca Street in Denver since January 2023. Based on the Energize Denver Performance Requirements Lookup Tool, I understand my apartment building, which is 142,241 square feet, is covered by Energize Denver.[1] Because the

---

[1] Denver Office of Climate Action, Sustainability & Resiliency, Energize Denver Performance Requirements Look Up Tool, https://lookup.energizedenver.org/?building_id=6152.

building is over 50,000 square feet, I understand it is also covered by Regulation 28. I understand the building where I live is currently in compliance with Energize Denver.[2] The building will need to maintain its energy use intensity (EUI) to remain in compliance in the near-term, and it will need to improve its EUI by 2030 in order to meet that compliance date.

15.    I want my apartment building to improve its energy efficiency and reduce its energy consumption. I pay for the energy use in my apartment unit and in the building's communal spaces through my rent. It concerns me that these energy costs keep going up. I do what I can to conserve energy in my own apartment, and I feel good about my own energy conservation habits. But because I am a renter, I can't control whether my landlord makes energy efficiency improvements to the building that would benefit me.

16.    I understand that my landlord's options for complying with Energize Denver and Regulation 28 include making energy efficiency improvements to my apartment building. Such improvements would reduce energy consumption in my apartment and in the building's communal spaces, which would save me money on my monthly bills.

17.    I understand that the Sierra Club is seeking to intervene as a defendant in a case trying to overturn Denver and Colorado's building performance standards. I am supporting the Sierra Club's involvement in this case because the standards will directly affect my health and quality of life by reducing harmful air pollution, and by encouraging my landlord to make energy efficiency improvements that will save me money. If the standards are overturned, I will continue to experience the

---

[2] *Id.*

health, financial, and other harms I have described, and will be prevented from

fully enjoying outdoor activities and scenic views.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and

correct.


Executed June 10, 2024.


_____

Rebecca Menke

**DECLARATION OF**
**VICTORIA HERNANDEZ**

I, Victoria Hernandez, declare as follows:

My name is Victoria Hernandez. I am over 18 years old. The information in this declaration is based on my personal experience and my review of publicly available information. I have personal knowledge of the facts listed below, and if called as a witness could testify competently to them. As to those matters which reflect an opinion, they reflect my personal experience, opinion, and judgment on the matter.

1. My primary residence is in Denver, Colorado, where I have lived since 2021.

2. I am a student pursuing a master's degree in public health at the Colorado School of Public Health CU Anschutz.

3. I have been a member of the Sierra Club since 2024.

4. The Sierra Club is a nationwide non-profit environmental membership organization, whose purpose is to explore, enjoy, and protect the wild places of the earth; to practice and promote the responsible use of the earth's ecosystems and resources; to educate and enlist humanity to protect and restore the quality of the natural and human environment; and to use all lawful means to carry out these objectives.

5. I am a member of the Sierra Club because I support its work to address climate change and environmental health. As a public health student, I have become interested in and concerned about the ways that climate change affects health, including mental health.

6. Denver has a serious air pollution problem. Breathing this pollution leads to negative health outcomes. Large buildings are part of this problem. These buildings emit pollution when they burn fossil fuels. When they use electricity, some of that electricity comes from power plants that also emit pollution.

7.      I regularly run and hike in and around Denver. I run five times a week in the
Denver area, mostly around Sloan's Lake and on the trail network around Paco
Sanchez park.

8.      Air pollution harms my ability to enjoy these outdoor activities. I avoid running
outdoors when air quality is bad because I am concerned about the health impacts
of exposure to air pollution. I monitor air quality using an app on my phone, and I
avoid running outside when the app says sensitive groups should limit outdoor
activity. On these days, I run inside on a treadmill, much to my chagrin. Though, I
recognize it is a privilege to even have the option. When I end up outdoors on bad
air quality days, I struggle to breathe efficiently while running and sometimes
experience a cough afterward.

9.      Air pollution harms my ability to enjoy scenic views. One of the reasons I moved
to Denver from Texas is to enjoy the mountain views, and I can't do that when
haze impairs my visibility. This makes me feel frustrated and disappointed.

10.     Air pollution harms my ability to enjoy my home. I usually leave the window in
my apartment open so that my cat and I can enjoy some fresh air. But when my
phone shows that the air quality is "moderate" or worse, I close the window.

11.     If buildings produced less air pollution, I would be better able to enjoy my home,
the scenic views around Denver, and outdoor activities like running.

12.     I am aware that Denver and the State of Colorado have enacted building
performance standards that require large buildings to track and reduce their
greenhouse gas emissions over time. Denver's standards are known as Energize
Denver, and Colorado's standards are known as Regulation 28. These standards
have the potential to significantly reduce air pollution in several ways, such as

making large buildings more energy efficient, which will reduce the amount of fossil fuels they combust and the amount of fossil fuel-powered electricity they consume, and increasing the use of distributed renewable energy that serves these buildings.

13.   I will benefit directly from these building performance standards because I am a renter in an apartment building that is covered by the standards. I have lived at the Vesty Park Flats at 3168 W 14th Avenue in Denver since October 2023. Based on the Energize Denver Performance Requirements Lookup Tool, I understand my apartment building, which is 391,021 square feet, is covered by Energize Denver.[1] Because the building is over 50,000 square feet, I understand it is also covered by Regulation 28.

14.   I want my apartment building to improve its energy efficiency and reduce its energy consumption. I pay for the energy use in my apartment unit directly to my utility, and I pay for the energy use in the building's communal spaces as a line item in my rent. I am deeply concerned that these energy costs have dramatically increased. I recall being shocked and outraged last winter when I opened my gas bill and found that it was significantly higher than previous bills. I normally set my thermostat to 68 or 69 degrees in the winter, but after experiencing this gas bill I turned it down to 65 degrees. I would rather save money by living in an energy efficient home than by having to turn down my thermostat. But because I am a renter, many of the building-level energy efficiency improvements that my older building seriously needs are out of my hands. The window-unit air conditioner in

---

[1] Denver Office of Climate Action, Sustainability & Resiliency, Energize Denver Performance Requirements Look Up Tool, https://lookup.energizedenver.org/?building_id=3207.

my apartment is not properly sealed from the outside, so when it's cold out I can feel a draft of cold air coming in through the window. The pipes carrying hot water in my building's laundry room have burst more than once, and my landlord has inadequately repaired them using duct tape. And lights in common areas with ample natural light are left on 24/7.

15. I understand that my landlord's options for complying with Energize Denver and Regulation 28 include making energy efficiency improvements to my apartment building. Such improvements would reduce energy consumption in my apartment and in the building's communal spaces, which would save me money on my monthly bills. I would also feel good knowing that my building was using less energy and contributing less to air pollution and climate change.

16. I understand that the Sierra Club is seeking to intervene as a defendant in a case trying to overturn Denver and Colorado's building performance standards. I am supporting the Sierra Club's involvement in this case because the standards will directly affect my health and quality of life by reducing harmful air pollution and contributions to climate change, and by encouraging my landlord to make energy efficiency improvements that will save me money. If the standards are overturned, I will continue to experience the health, financial, and other harms I have described, and will be prevented from fully enjoying outdoor activities, my home, and Colorado's mountain views.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed June 10, 2024.

_____

Victoria Hernandez

## DECLARATION OF GINA TRUJILLO

I, Gina Trujillo, declare as follows:

1.     I am the director of Membership at the Natural Resources Defense Council, Inc. ("NRDC"). I have been the director of membership since January 1, 2015 and have worked at NRDC in the membership department for more than 25 years.

2.     My duties include supervising the preparation of materials that NRDC distributes to members and prospective members.  Those materials describe NRDC and identify its mission.

3.     NRDC is a membership organization incorporated under the laws of the State of New York. It is recognized as a not-for-profit corporation under section 501(c)(3) of the United States Internal Revenue Code. NRDC's headquarters are located at 40 West 20th Street, 11th floor, New York, NY 10011.

4.     NRDC's mission statement declares that "The Natural Resources Defense Council's purpose is to safeguard the Earth: its people, its plants and animals, and the natural systems on which all life depends." The mission statement goes on to declare that NRDC works "to restore the integrity of the elements that sustain life – air, land, and water – and to defend endangered natural places." NRDC's mission includes the prevention and mitigation of global warming to

protect and maintain NRDC's members' use and enjoyment of natural resources threatened by climate change, as well as members' own health and safety.

5.      Through its Climate and Energy Department, NRDC pursues federal and state policies to curb air pollution, particularly the pollutants that cause climate change. NRDC seeks to reduce emissions attributable by the building sector, including by reducing the amount of electricity that buildings consume.

6.      As a part of these efforts to protect our climate, communities, wildlife and ecosystems, NRDC was a member of the Energize Denver Task Force. NRDC also submitted comments during the Regulation 28 rulemaking.

7.      When an individual becomes a member of NRDC, his or her current residential address is recorded in NRDC's membership database. When a member renews his or her membership or otherwise makes a contribution to NRDC, the database entry reflecting the member's residential address is verified or updated.

8.      NRDC currently has approximately 443,000 members. This includes more than 17,900 members in Colorado and more than 4,900 in Denver. There are NRDC members residing in each of the fifty United States and in the District of Columbia and Puerto Rico.

9.      When an individual becomes a member of NRDC, he or she authorizes NRDC to take legal action on his or her behalf to protect the environment and public health.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Signed on June 11, 2024

Gina Trujillo

## DECLARATION OF MIKE KRUGER

I, Mike Kruger, declare as follows:

My name is Mike Kruger.  I am over 18 years old.  The information in this declaration is based on my personal experience and my review of publicly available information. I have personal knowledge of the following facts, and if called as a witness, could testify competently to them

1.  I have served as President and CEO of the Colorado Solar and Storage Association since 2018.  In this position, I represent the solar and storage industry and advocate to increase business opportunities for our members.

2.  COSSA is a 501(c)(6) nonprofit trade association serving energy professionals, solar companies, energy storage providers, and clean energy users in Colorado COSSA's membership is comprised of clean energy users and nearly 300 solar and storage-related businesses representing thousands of Colorado employees. COSSA members install carbon-free solar electricity generation and energy storage resources both in front of and behind the customer's utility meter. COSSA's membership includes photovoltaic, solar thermal, and energy storage developers, financers, construction contractors, suppliers, and management companies.  COSSA's member businesses help to decarbonize Colorado by reducing the carbon footprint associated with electricity use.

3.  Regulation 28 requires buildings larger than 50,000 square feet, also known as "Covered Buildings" to reduce their carbon emissions 20 percent by 2030. Similarly, Energize Denver requires buildings larger than 25,000 square feet to reduce their energy use intensity 30 percent by 2030.  One of the ways that Covered Buildings can reduce their emissions is to procure electricity from carbon-free renewable energy resources.  Renewable generation and storage resources can also reduce emissions by offsetting increases in electricity load associated with building electrification efforts.

4.  COSSA's members have a financial interest in Energize Denver and Regulation 28 being maintained.  COSSA members supply the behind-the-meter and in-front-of-the-meter renewable energy resources that can be used by building owners to offset emissions from Covered Buildings.  Many COSSA members are in discussions with Covered Building owners who are subject to the new regulations and looking for new compliance pathways.

5.  COSSA members have also have an interest in maintaining Regulation 28 and Energize Denver to continue to offer renewable energy programs that serve Covered Building residents who cannot independently procure their renewable energy resources because they do not control the buildings where they live or do business.  This includes residential renters in apartment buildings and tenants in commercial properties who may not have access to on-site behind-the-meter renewable energy installations.  COSSA members offer several different programs to tenants including community solar garden subscription services, the

individually-metered multi-unit net metering program, and the off-site net metering program.  These offerings help tenants of Covered Buildings and help them to offset carbon emissions from their individual electricity use.

6. COSSA also has an interest in preserving policies that we worked for years to develop. COSSA served as a stakeholder in the 2021 Energize Denver task force which was convened before the second Energize Denver ordinance was adopted.  COSSA was also a party to the Regulation 28 rulemaking and advocated for renewable energy to be included as a pathway toward compliance with the regulations.

7. COSSA would like to see Regulation 28 and Energize Denver maintained so they may present business opportunities for our members to deploy the resources necessary to mitigate the worst impacts of the climate crisis.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed June 11, 2024

Mike Kruger, CEO and President, COSSA

### DECLARATION OF KEVIN CRAY

I, Kevin Cray, declare as follows:

My name is Kevin Cray.  I am over 18 years old.  The information in this declaration is based on my personal experience and my review of publicly available information. I have personal knowledge of the following facts, and if called as a witness, could testify competently to them

1.  I am the Senior Regional Director of Policy and Government Affairs for the Mountain West for the Coalition for Community Solar Access (CCSA).  In this position, I advocate for increasing business opportunities for community solar companies and subscribers to community solar installations.
2.  The Coalition for Community Solar Access (CCSA) is a 501(c)(6) nonprofit trade association working to democratize solar energy by creating a more distributed, customer-centric electricity grid through access to community solar.  CCSA has fought to expand access to solar energy for customers and businesses that cannot participate in traditional on-site solar offerings across the country and is currently active in all major community solar markets, including Colorado, and at the federal level.
3.  CCSA's members have a financial interest in Energize Denver and Regulation 28 being maintained.  CCSA and its members support Energize Denver as well as Regulation 28, as they both recognize community solar subscriptions as a potential pathway toward compliance. Regulation 28 requires buildings larger than 50,000 square feet, also known as "Covered Buildings" to reduce their carbon emissions 20 percent by 2030.  Similarly, Energize Denver requires buildings larger than 25,000 square feet to reduce their energy use intensity 30 percent by 2030.  CCSA members are in discussions with Covered Building owners who are subject to the new regulations and looking for new compliance pathways.
4.  CCSA has an interest in maintaining Energize Denver and Regulation 28, which may increase the overall health of the community solar subscriber ecosystem. State and federal requirements for community solar gardens require 51% of community solar garden subscribers to be from income-qualified or disproportionately impacted communities.  Larger customers such as Covered Building owners that fall outside of these requirements can act as anchor subscribers for the project as a whole.  These subscribers help provide financial stability, which in turn can help to support higher levels of income-qualified customer participation from remaining community solar installations, which can help to provide deeper bill discounts for those subscribers.  By encouraging Covered Building owners to enroll in a community solar garden Measures like Energize Denver and Regulation 28 help to spur that engagement but ultimately lead to many additional benefits for surrounding host communities, and income-qualified residents who subscribe to community solar gardens.

5. CCSA also has an interest in preserving policies complement policies we have worked to develop. CCSA was a lead advocate in passing SB24-207 in Colorado's recent state legislative session.  A key measure of this bill contemplates renewable energy credit (REC) provisions that ensure Covered Building owners can comply with Regulation 28 and Energize Denver building performance standards.

6. CCSA would like to see Regulation 28 and Energize Denver maintained to further support our members' efforts to develop the clean energy resources that are needed to comply with the regulations and help decarbonize Colorado's building stock.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.


Executed June 20, 2024

*Kevin Cray*

*/s/Kevin Cray*
Kevin Cray
Senior Regional Director of Policy and Government Affairs, Mountain West | **CCSA**
kevin@communitysolaraccess.org
303.819.3457