**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-01093-RMR

COLORADO APARTMENT ASSOCIATION; APARTMENT ASSOCIATION OF METRO DENVER; COLORADO HOTEL AND LODGING ASSOCIATION, INC.; AND NAIOP COLORADO CHAPTER;

Plaintiffs,

v.

JILL HUNSAKER RYAN, in her Official Capacity as the Executive Director of the Colorado Department of Public Health and Environment; MICHAEL OGLETREE, in his Official Capacity as the Director of the Colorado Air Pollution Control Division; AND WILL TOOR, in his Official Capacity as the Executive Director of the Colorado Energy Office; AND

THE CITY AND COUNTY OF DENVER; THE DENVER CITY COUNCIL; DENVER MAYOR MIKE JOHNSTON; THE DENVER OFFICE OF CLIMATE ACTION, SUSTAINABILITY, AND RESILIENCY; AND ELIZABETH BABCOCK, in her Official Capacity as the Executive Director of the Denver Office of Climate Action, Sustainability, and Resiliency.

Defendants.

_____

**UNOPPOSED MOTION TO EXTEND MOTION TO DISMISS RESPONSE DEADLINE**
_____

Plaintiffs Colorado Apartment Association, Apartment Association of Metro Denver, Colorado Hotel and Lodging Association, Inc., and NAIOP Colorado Chapter (collectively, "Plaintiffs") respectfully submit this Unopposed Motion to Extend Motion to Dismiss Response Deadline pursuant to D.C.COLO.LCivR 6.1 and Civ. Practice Standard 6.1A.

On June 21, 2024, Defendants Jill Hunsaker Ryan, Michael Ogletree, and Will

Toor ("State Defendants") filed a Partial Motion to Dismiss (ECF No. 24).  On June 24, 2024, Defendants the City and County of Denver, the Denver City Council, Denver Mayor Mike Johnston, the Denver Office of Climate Action, Sustainability, and Resiliency, and Elizabeth Babcock ("Denver Defendants") filed a Motion to Dismiss (ECF No. 25).  On June 24, 2024, the Coalition for Community Solar Access, Colorado Solar and Storage Association, Natural Resources Defense Council, and Sierra Club ("Proposed Intervenors") filed a Motion to Intervene (ECF No. 29) and a Proposed Motion to Dismiss (ECF No. 29).

In the interest of judicial efficiency, economy, and fairness, Plaintiffs seek to align the response deadline for all three Motions to Dismiss, one of which is not yet officially on file with the Court and will not be on file until the Motion to Intervene is resolved.  The three motions rely on similar subject matter, and in some cases reference each other. *See* Denver Defs. Mot to Dismiss, ECF No. 25 at 13 (Denver referencing the statute of limitations argument "[a]s noted in the motion to dismiss by proposed Intervenor-Defendants" not yet on file with the Court).  In order to allow adequate time to respond to all three motions to dismiss and economize overlapping arguments, and to allow for the Proposed Intervenors' Motion to Intervene to be resolved, Plaintiffs seek until August 9, 2024 in which to respond to the pending motions to dismiss.

Plaintiffs have conferred with the Denver Defendants and can represent Plaintiffs' requested extension until August 9, 2024 is unopposed.   Plaintiffs have also conferred with the State Defendants who stated that State Defendants do not oppose Plaintiffs' requested extension with the understanding that Plaintiffs likewise do not oppose an

extension for replies to September 12, given State Defendants' counsel's preexisting international travel that would conflict with a reply deadline should the Court grant Plaintiffs' requested extension.  Plaintiffs hereby state that they have no opposition to State Defendants independently requesting an extension until September 12, 2024.

## CONCLUSION

For the reasons set forth above, Plaintiffs respectfully request this Court extend Plaintiffs' response deadline to the pending motions to dismiss until August 9, 2024;

Dated on this 8th of July, 2024 	Respectfully submitted,

GREENBERG TRAURIG, LLP

/s/ *Paul M. Seby*
Paul M. Seby
Matthew K. Tieslau
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado 80202
Phone Number: 303.572.6500
Fax Number:         303.572.6540
E-Mail: SebyP@gtlaw.com
              TieslauM@gtlaw.com

***ATTORNEYS FOR PLAINTIFFS***

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th of July, 2024, a copy of the foregoing was served upon all parties using the Court e-filing system.

*s/ Paul M. Seby*
Paul M. Seby

Further, pursuant to D.C.COLO.LCivR 6.1(c) and Civ. Practice Standard 6.1A(c), service upon Plaintiffs' clients of the foregoing is being provided as follows:

For the Colorado Apartment Association and Apartment Association of Metro Denver, service is being provided to Drew Hamrick, General Counsel and Senior VP of Government Affairs

For the Colorado Hotel and Lodging Association, Inc. service is being provided to Amie Mayhew, President & CEO of the Colorado Hotel & Lodging Association

For and NAIOP Colorado Chapter service is being provided to Kathie A. Barstnar, Executive Director of NAIOP Colorado Chapter.

*s/ Paul M. Seby*
Paul M. Seby
