**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-01093-RMR

COLORADO APARTMENT ASSOCIATION; APARTMENT ASSOCIATION OF METRO DENVER; COLORADO HOTEL AND LODGING ASSOCIATION, INC.; AND NAIOP COLORADO CHAPTER;

*Plaintiffs,*

v.

JILL HUNSAKER RYAN, in her Official Capacity as the Executive Director of the Colorado Department of Public Health and Environment, MICHAEL OGLETREE, in his Official Capacity as the Director of the Colorado Air Pollution Control Division; AND WILL TOOR, in his Official Capacity as the Executive Director of the Colorado Energy Office; AND

THE CITY AND COUNTY OF DENVER; THE DENVER CITY COUNCIL; DENVER MAYOR MIKE JOHNSTON; THE DENVER OFFICE OF CLIMATE ACTION, SUSTAINABILITY, AND RESILIENCY; AND ELIZABETH BABCOCK, in her Official Capacity as the Executive Director of the Denver Office of Climate Action, Sustainability, and Resiliency.

*Defendants.*

---

**ENTRY OF APPEARANCE OF MATTHEW GERHART**

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Proposed Intervenor-Defendant Natural Resources Defense Council ("NRDC"). I will continue to represent Proposed Intervenor-Defendant Sierra Club in addition to NRDC.

DATED at Denver, Colorado this 15th day of July, 2024.

Matthew Gerhart
Name of Attorney

Sierra Club
Firm Name

1536 Wynkoop St., Suite 200
Office Address

Denver, CO 80202
City, State, ZIP Code

(303) 454-3346
Telephone Number

matt.gerhart@sierraclub.org
Primary CM/ECF E-mail Address

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July, 2024, a true and correct copy of the foregoing **ENTRY OF APPEARANCE OF MATTHEW GERHART** was served via the CM/ECF system upon all counsel of record in this matter.

/s/ *Maddie Lipscomb*
Maddie Lipscomb