**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-CV-01093-RMR

COLORADO APARTMENT ASSOCIATION; APARTMENT ASSOCIATION OF METRO DENVER; COLORADO HOTEL AND LODGING ASSOCIATION, INC.; AND NAIOP COLORADO CHAPTER;

    *Plaintiffs*,

v.

JILL HUNSAKER RYAN, in her Official Capacity as the Executive Director of the Colorado Department of Public Health and Environment; MICHAEL OGLETREE, in his Official Capacity as the Director of the Colorado Air Pollution Control Division; AND WILL TOOR, in his Official Capacity as the Executive Director of the Colorado Energy Office;

    AND

THE CITY AND COUNTY OF DENVER; THE DENVER CITY COUNCIL; DENVER MAYOR MIKE JOHNSTON; THE DENVER OFFICE OF CLIMATE ACTION, SUSTAINABILITY, AND RESILIENCY; AND ELIZABETH BABCOCK, in her Official Capacity as the Executive Director of the Denver Office of Climate Action, Sustainability, and Resiliency.

    *Defendants*.

---

**DEFENDANTS' JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME**

---

Defendants Jill Hunsaker Ryan, the Executive Director of the Colorado Department of Public Health and Environment; Michael Ogletree, the Director of the Colorado Air Pollution Control Division; and Will Toor, the Executive Director of the Colorado Energy Office, all in their official capacities (collectively, the "State Defendants"), and the City and County Of Denver; Denver City Council; Denver Mayor Mike Johnston; the Denver Office of Climate Action, Sustainability, and Resiliency; and Elizabeth Babcock, in her Official Capacity as the Executive Director of the Denver

Office of Climate Action ("Denver Defendants," and collectively with the State Defendants, the "Defendants"), pursuant to D.C.COLO.LCivR 6.1 and Civ. Practice Standard 6.1A., hereby request a twenty-day extension of time to September 12, 2024, to reply in support of their respective Partial Motion to Dismiss, Doc. No. 23, and Motion to Dismiss, Doc. No. 24. Defendants state the following in support thereof.

## STATEMENT OF CONFERRAL

As noted in their July 8, 2024, Motion for Extension of Time, Doc. No. 37, Plaintiffs do not oppose this request.[1]

## BACKGROUND

Plaintiffs' responses to the State Defendants' Partial Motion to Dismiss and Denver Defendants' Motion to Dismiss ("Responses") were originally due no later than July 12, 2024, and July 15, 2024, respectively, but Plaintiffs requested, and Defendants did not oppose, an extension of time until August 9, 2024, for Plaintiffs to file their Responses. Before State Defendants agreed to Plaintiffs' request to extend to August 9, 2024, their deadline to file their Responses, State Defendants indicated to the other parties that if the request was granted and Plaintiffs filed their Responses on August 9, 2024, three of the four attorneys on the State Defendants' litigation team would be out of the country during the customary time period for replying to Plaintiffs' Responses. Accordingly, State Defendants indicated that if the Court granted Plaintiffs' requested extension, State Defendants would, depending on the precise date when Plaintiffs filed their Responses, likely need to request an extension of time to file their reply in support of their Partial Motion to Dismiss.  Plaintiffs indicated they would not oppose an

---

[1] Defendants have not conferred with the proposed intervenors, as they are not yet officially parties to this case.

2

extension of time for State Defendants to reply in support of their Partial Motion to Dismiss but requested that the reply deadlines be extended with respect to all of the pending motions to dismiss to avoid any inconsistency among reply deadlines.

## REQUEST FOR EXTENSION OF TIME

Plaintiffs' filing of their Responses has caused the anticipated conflict between the new deadline for the State Defendants to reply in support of their Partial Motion to Dismiss and pre-existing travel plans for State Defendants' counsel. For that reason, State Defendants respectfully request the Court grant this request to extend the deadline for the State Defendants to reply in support of their Partial Motion to Dismiss by twenty days until September 12, 2024.

In order to keep the respective deadlines for the two defendant groups consistent, Denver Defendants join in this motion and request that they be included in the extension of time requested by the State Defendants.

This is Defendants' first request for an extension of time.


(Signatures Follow)




3

Respectfully submitted this 12th day of August, 2024.

PHILIP J. WEISER
Attorney General

/s/ W. Cory Haller
DAVID BANAS*
JACKIE CALICCHIO*
DAVID BECKSTROM**
W. CORY HALLER**
Assistant Attorneys General
Natural Resources and Environment Section
1300 Broadway, 7th Floor
Denver, CO 80203
Telephone: 720.508.6000
Email:david.banas@coag.gov
jackie.calicchio@coag.gov
david.beckstrom@coag.gov
cory.haller@coag.gov

*Counsel of Record on behalf of Defendant Will Toor, in his Official Capacity as the Executive Director of the Colorado Energy Office

**Counsel of Record on behalf of Defendants Jill Hunsaker Ryan, in her Official Capacity as the Executive Director of the Colorado Department of Public Health and Environment, and Michael Ogletree, in his Official Capacity as the Director of the Colorado Air Pollution Control Division

/s/ Michele A. Horn
Michele A. Horn
Edward J. Gorman
Assistant City Attorneys
City and County of Denver
201 West Colfax Avenue, Dept. 1207
Denver, CO 80202-5332
(720) 913-3275
michele.horn@denvergov.org
edward.gorman@denvergov.org

*Attorneys for Defendants the City and County of Denver, Denver City Council; Denver Mayor Michael Johnston; Denver Office of Climate Action, Sustainability, and Resiliency; and Elizabeth Babcock, in her Official Capacity as the Executive Director of the Denver Office of Climate Action, Sustainability, and Resiliency*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th of August, 2024, a copy of the foregoing was served upon all parties using the Court e-filing system.

*/s/ Barbara Dory*
Barbara Dory

Further, pursuant to D.C.COLO.LCivR 6.1(c) and Civ. Practice Standard 6.1A(c), I hereby certify that on the 12th of August, 2024, a copy of the foregoing was served upon Jill Hunsaker Ryan, the Executive Director of the Colorado Department of Public Health and Environment; Michael Ogletree, the Director of the Colorado Air Pollution Control Division and Will Toor, the Executive Director of the Colorado Energy Office.

*/s/ Barbara Dory*
Barbara Dory

Pursuant to D.C.COLO.LCivR 6.1(c) and Civ. Practice Standard 6.1A(c), I hereby certify that on the 12th of August, 2024, a copy of the foregoing was served upon the City and County Of Denver; Denver City Council; Denver Mayor Mike Johnston; the Denver Office of Climate Action, Sustainability, and Resiliency; and Elizabeth Babcock, in her Official Capacity as the Executive Director of the Denver Office of Climate Action.

*/s/ Michele A. Horn*
Michele A. Horn