IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-01093

**COLORADO APARTMENT ASSOCIATION et al.**

        Plaintiffs,

**v.**

**JILL HUNSAKER RYAN, in her Official Capacity as the Executive Director of the Colorado Department of Public Health and Environment, et al.**

        Defendants.

AND

**COALITION FOR COMMUNITY SOLAR ACCESS, COLORADO SOLAR AND STORAGE ASSOCIATION, NATURAL RESOURCES DEFENSE COUNCIL, AND SIERRA CLUB**

        Intervenor-Defendants.

_____

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR LEAVE TO AMEND COMPLAINT**
_____

Plaintiffs, the Colorado Apartment Association and Apartment Association of Metro Denver, the Colorado Hotel and Lodging Association, Inc., and the NAIOP Colorado Chapter (collectively "Plaintiffs") bring this Unopposed Motion for Extension of Time to File Motion for Leave to Amend Complaint ("Motion"). By this Motion, Plaintiffs respectfully request additional time, as set forth herein, in which to file a motion seeking leave to amend their existing Complaint pursuant to D.C.COLO.LCivR 6.1 and Civ. Practice Standard 6.1A. For the reasons set forth herein, good cause exists for this

Motion.

### D.C.COLO.LCivR 7.1(a) CONFERRAL

Counsel for Plaintiff conferred with counsel for Defendants on April 2 and 3, 2025. The Denver Defendants (City and County of Denver, Denver City Council, Denver Mayor Michael Johnston, Denver Office of Climate Action, Sustainability, and Resiliency, and Elizabeth Babcock) do not object to this motion. The State Defendants (Jill Hunsaker Ryan, Michael Ogletree, and Will Toor) take no position on this motion. The Intervenor-Defendants (Coalition for Community Solar Access, Colorado Solar and Storage Association, Sierra Club, and Natural Resources Defense Council) take no position on this motion.

### BASIS FOR MOTION

1. In this case Plaintiffs have challenged two sets of regulations: (1) the Colorado Air Quality Control Commission's final regulation entitled Building Benchmarking and Performance Standards, 5 CCR 1001-32 ("Regulation 28") and (2) the City and County of Denver, Colorado's Denver Ordinance No. 20211310 ("Energize Denver Ordinance"), and the implementing rules for Energize Denver enacted by the Denver Office of Climate Action, Sustainability, and Resiliency, ("Denver OCASR") entitled "Rules & Regulations Governing Energize Denver Building Energy Performance Requirements" ("Energize Denver Regulations") (collectively "Energize Denver").

2. On March 28, 2025, this Court issued an order Granting State Defendants' and Denver Defendants' Motions to Dismiss, dismissing Plaintiffs' claims without prejudice, and granting Plaintiffs leave to file a motion for leave to amend, together with

a proposed amended complaint, within twenty-one (21) days of the date of the order, or by April 18, 2025.  ECF No. 55.

3. On April 1, 2025, Denver finalized changes to Energize Denver that materially modify the provisions challenged by Plaintiffs current action.  *See* https://denvergov.org/Government/Agencies-Departments-Offices/Agencies-Departments-Offices-Directory/Climate-Action-Sustainability-and-Resiliency/Cutting-Denvers-Carbon-Pollution/Efficient-Commercial-Buildings/Denver-Building-Regulations/Energize-Denver-Building-Performance-Policy/Buildings-25000-sq-ft-or-Larger/Technical-Guidance-25k-or-more (last visited April 2, 2025).

4. Additionally, there are proposals in the Colorado Legislature to amend the energy use benchmarking and performance standard requirements upon which Regulation 28 is based, including modifying provisions of Regulation 28.  The foremost proposal is House Bill 25-1269, entitled Building Decarbonization Measures, which was introduced on February 18, 2025, and has passed both the House Energy and Environment and Finance Committees.  *See* https://leg.colorado.gov/bills/hb25-1269 (last visited April 2, 2025).

5. In the interest of the Parties' resources and judicial efficiency and economy, Plaintiffs request additional time to evaluate the adopted changes to Energize Denver, as well as any finalized and adopted legislation modifying Regulation 28 (and the authorizing statutory authority on which Regulation 28 was adopted).  Additional time will prevent the need for multiple motions for leave to amend due to pending legislative proposals, and will align any answer deadlines (if Plaintiffs are granted leave to amend) among

Defendants.

6. Plaintiffs have not previously sought an extension of their deadline to file a motion seeking leave to amend. Plaintiffs previously sought, and obtained, an extension of their deadline to respond to State Defendants', Denver Defendants' and Intervenor Defendants' separate Motions to Dismiss. *See* ECF Nos. 37, 41.

7. As such, Plaintiffs respectfully request that their current deadline to file a motion for leave to amend be extended until the current legislation affecting Regulation 28 is adopted, withdrawn, or until the conclusion of the current Colorado legislative session on May 7, 2025, whichever occurs first.

8. Plaintiffs will closely monitor the current legislative session and alert this Court and the Parties when a final decision on current proposed legislation affecting Regulation 28 has concluded, either through adoption, withdrawal, or the end of the current legislative session.

For the reasons stated herein, Plaintiffs' respectfully request that the Court GRANT this Motion and Order that:

1. Plaintiffs' motion for leave to amend, together with a proposed amended complaint, is not due until twenty-one (21) days after the earlier of either:
    a. The Colorado Legislature's final adoption and Governor Polis' final action on all pending legislation amending the provisions of Regulation 28;
    b. The withdrawal or tabling of any such pending legislation; or
    c. The end of the current Legislative Session.
2. Plaintiffs shall alert the Court and the Parties, through the filing of a Notice, of the

4

conclusion of the legislative process to adopt legislation modifying Regulation 28.

Dated:  April 4, 2025

                GREENBERG TRAURIG, LLP

                /s/ *Paul M. Seby*
                Paul M. Seby
                Matthew K. Tieslau
                GREENBERG TRAURIG, LLP
                1144 15th Street, Suite 3300
                Denver, Colorado 80202
                Phone Number:  303.572.6500
                Fax Number: 303.572.6540
                E-Mail:   SebyP@gtlaw.com
                            TieslauM@gtlaw.com

                *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th of April 2025, a copy of the foregoing was served upon all parties using the Court e-filing system.

Further, pursuant to D.C.COLO.LCivR 6.1(c) and Civ. Practice Standard 6.1A(c), service upon Plaintiffs' clients of the foregoing is being provided as follows:

For the Colorado Apartment Association and Apartment Association of Metro Denver, service is being provided to Drew Hamrick, General Counsel and Senior VP of Government Affairs;

For the Colorado Hotel and Lodging Association, Inc. service is being provided to Amie Mayhew, President & CEO of the Colorado Hotel & Lodging Association;

For and NAIOP Colorado Chapter service is being provided to Kathie A. Barstnar, Executive Director of NAIOP Colorado Chapter.

*s/ Paul M. Seby*
Paul M. Seby