IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-01093

**COLORADO APARTMENT ASSOCIATION et al.**

        Plaintiffs,

**v.**

**JILL HUNSAKER RYAN, in her Official Capacity as the Executive Director of the Colorado Department of Public Health and Environment, et al.**

        Defendants.

AND

**COALITION FOR COMMUNITY SOLAR ACCESS, COLORADO SOLAR AND STORAGE ASSOCIATION, NATURAL RESOURCES DEFENSE COUNCIL, AND SIERRA CLUB**

        Intervenor-Defendants.

_____

**NOTICE OF CONCLUSION OF LEGISLATIVE PROCESS**
_____

Plaintiffs, the Colorado Apartment Association and Apartment Association of Metro Denver, the Colorado Hotel and Lodging Association, Inc., and the NAIOP Colorado Chapter (collectively "Plaintiffs") submit this Notice of Conclusion of Legislative Process.

**NOTICE**

1.    In this case Plaintiffs have challenged two sets of regulations: (1) the Colorado Air Quality Control Commission's final regulation entitled Building Benchmarking and Performance Standards, 5 CCR 1001-32 ("Regulation 28") and (2) the

City and County of Denver, Colorado's Denver Ordinance No. 20211310, and the implementing rules for Energize Denver enacted by the Denver Office of Climate Action, Sustainability, and Resiliency, entitled "Rules & Regulations Governing Energize Denver Building Energy Performance Requirements".

2. On March 28, 2025, this Court issued an order Granting State Defendants' and Denver Defendants' Motions to Dismiss, dismissing Plaintiffs' claims without prejudice, and granting Plaintiffs leave to file a motion for leave to amend, together with a proposed amended complaint, within twenty-one (21) days of the date of the order, or by April 18, 2025.  ECF No. 55.

3. During the time period in which Plaintiffs were directed to file an amended complaint, the Colorado Legislature was in the process of amending the energy use benchmarking and performance standard requirements upon which Regulation 28 is based, including modifying provisions of Regulation 28.  The foremost proposal was House Bill 25-1269, entitled Building Decarbonization Measures, which was introduced on February 18, 2025.  *See* https://leg.colorado.gov/bills/hb25-1269 (last visited May 13, 2025).

4. On April 4, 2024, Plaintiffs filed an unopposed motion for an extension of time to file their motion for leave to amend their complaint so that Plaintiffs could evaluate any finalized and adopted legislation modifying Regulation 28 (and the authorizing statutory authority on which Regulation 28 was adopted).  ECF No. 56.  This Court granted that motion on the same day and directed Plaintiffs to file a notice at the conclusion of the legislative process.  ECF No. 57.

5. On May 7, 2025, the Colorado Legislature passed HB 25-1269. The legislative session concluded the same day. That bill is still awaiting signature from Governor Polis. *See* https://leg.colorado.gov/bills/hb25-1269 (last visited May 13, 2025).

6. Pursuant to this Court's Order, Plaintiffs' motion for leave to amend is due on or before May 28, 2025. ECF No. 57.

Dated: May 13, 2025

          GREENBERG TRAURIG, LLP

          /s/ *Paul M. Seby*
          Paul M. Seby
          Matthew K. Tieslau
          GREENBERG TRAURIG, LLP
          1144 15th Street, Suite 3300
          Denver, Colorado 80202
          Phone Number: 303.572.6500
          Fax Number: 303.572.6540
          E-Mail:   SebyP@gtlaw.com
                       TieslauM@gtlaw.com

          *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 13th of May 2025, a copy of the foregoing was served upon all parties using the Court e-filing system.

                                   *s/ Paul M. Seby*
                                   Paul M. Seby