IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-01093-RMR

**COLORADO APARTMENT ASSOCIATION et al.**

        Plaintiffs,

**v.**

**JILL HUNSAKER RYAN, in her Official Capacity as the Executive Director of the Colorado Department of Public Health and Environment, et al.**

        Defendants.

AND

**COALITION FOR COMMUNITY SOLAR ACCESS, COLORADO SOLAR AND STORAGE ASSOCIATION, NATURAL RESOURCES DEFENSE COUNCIL, AND SIERRA CLUB**

        Intervenor-Defendants.

_____

**UPDATED NOTICE OF STATUS OF LEGISLATIVE PROCESS AND REQUEST FOR CLARIFICATION**
_____

Plaintiffs, the Colorado Apartment Association and Apartment Association of Metro Denver, the Colorado Hotel and Lodging Association, Inc., and the NAIOP Colorado Chapter (collectively "Plaintiffs") submit this Updated Notice of Conclusion of Legislative Process and Request for Clarification ("Notice"). By this Notice, Plaintiffs respectfully request clarification that their current motion seeking leave to amend is not due until 21 days after Governor Polis' final action on HB 25-1269, which was transmitted to Governor Polis on May 16, 2025 and has not yet been signed into law.

### D.C.COLO.LCivR 7.1(a) CONFERRAL

Counsel for Plaintiffs conferred with counsel for Defendants on May 20, 2025. The Denver Defendants (City and County of Denver, Denver City Council, Denver Mayor Michael Johnston, Denver Office of Climate Action, Sustainability, and Resiliency, and Elizabeth Babcock) take no position on this Notice. The State Defendants (Jill Hunsaker Ryan, Michael Ogletree, and Will Toor) do not object to this Notice. The Intervenor-Defendants (Coalition for Community Solar Access, Colorado Solar and Storage Association, Sierra Club, and Natural Resources Defense Council) take no position on this Notice.

### NOTICE AND REQUEST FOR CLARIFICATION

1. In this case Plaintiffs have challenged two sets of regulations: (1) the Colorado Air Quality Control Commission's final regulation entitled Building Benchmarking and Performance Standards, 5 CCR 1001-32 ("Regulation 28") and (2) the City and County of Denver, Colorado's Denver Ordinance No. 20211310, and the implementing rules for Energize Denver enacted by the Denver Office of Climate Action, Sustainability, and Resiliency, entitled "Rules & Regulations Governing Energize Denver Building Energy Performance Requirements".

2. On March 28, 2025, this Court issued an order Granting State Defendants' and Denver Defendants' Motions to Dismiss, dismissing Plaintiffs' claims without prejudice, and granting Plaintiffs leave to file a motion for leave to amend, together with a proposed amended complaint, within twenty-one (21) days of the date of the order, or by April 18, 2025. ECF No. 55.

3.      During the time period in which Plaintiffs were directed to file an amended complaint, the Colorado Legislature was in the process of amending the energy use benchmarking and performance standard requirements upon which Regulation 28 is based, including modifying provisions of Regulation 28.  The foremost proposal was House Bill 25-1269, entitled Building Decarbonization Measures, which was introduced on February 18, 2025.  *See* https://leg.colorado.gov/bills/hb25-1269 (last visited May 20, 2025).

4.      On April 4, 2024, Plaintiffs filed an unopposed motion for an extension of time to file their motion for leave to amend their complaint so that Plaintiffs could evaluate any finalized and adopted legislation modifying Regulation 28 (and the authorizing statutory authority on which Regulation 28 was adopted).  ECF No. 56.  This Court granted that motion on the same day and directed Plaintiffs to file a notice at the conclusion of the legislative process.  ECF No. 57.

5.      On May 7, 2025, the Colorado Legislature passed HB 25-1269.  The legislative session concluded the same day.  HB 25-1269 was transmitted to Governor Polis on May 16, 2025.  That bill is still awaiting action by Governor Polis. *See* https://leg.colorado.gov/bills/hb25-1269 (last visited May 20, 2025).

6.      Pursuant to Plaintiff's motion and this Court's April 4, 2025 Order, Plaintiffs' motion for leave to amend is due 21 days after the earlier of either:

   a. The Colorado Legislatures final adoption and Governor Polis final action on all pending legislation amending the provisions of Regulation 28;
   b. The withdrawal or tabling of any such pending legislation; or

c. The end of the current Legislative Session. *See* ECF No. 57.

7. Governor Polis may to take action on HB 25-1269 within 30 days of its transmission to his office on May 16, 2025 by either returning objections or signing it into law. If objections are returned, HB 25-1269 will be reconsidered. If no action is taken within 30 days, HB 25-1269 will automatically become law. COLO. CONST., Art. 4, § 11.

8. Plaintiffs respectfully request clarification that the due date of their motion seeking leave to amend is property 21 days after Governor Polis' final action on HB 25-1269. This will avoid Plaintiffs seeking leave to file an amended complaint prior to Governor Polis' action on HB 25-1269, (i.e., within 21 days of the May 7, 2025 end of the Legislative Session, by May 28, 2025), which would be premature with respect to HB 25-1269 (assuming it becomes law). This would also promote the efficient use of the Court's and Parties' time and resources.

For the reasons stated herein, Plaintiffs' respectfully request that the Court issue a clarifying Order directing that:

1. Plaintiffs' motion for leave to amend, together with a proposed amended complaint, is not due until twenty-one (21) days after Governor Polis' final action on HB 25-1269;

2. Plaintiffs shall alert the Court and the Parties, through the filing of a Notice, of Governor Polis' final action on HB 25-1269.

4

Dated: May 20, 2025

                                 GREENBERG TRAURIG, LLP

                                 /s/ *Paul M. Seby*
                                 Paul M. Seby
                                 Matthew K. Tieslau
                                 GREENBERG TRAURIG, LLP
                                 1144 15th Street, Suite 3300
                                 Denver, Colorado 80202
                                 Phone Number: 303.572.6500
                                 Fax Number: 303.572.6540
                                 E-Mail:   SebyP@gtlaw.com
                                                  TieslauM@gtlaw.com

                                 *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 20th of May 2025, a copy of the foregoing was served upon all parties using the Court e-filing system.

                      *s/ Paul M. Seby*
                      Paul M. Seby