IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-01093-RMR

**COLORADO APARTMENT ASSOCIATION et al.**

        Plaintiffs,

**v.**

**JILL HUNSAKER RYAN, in her Official Capacity as the Executive Director of the Colorado Department of Public Health and Environment, et al.**

        Defendants.

AND

**COALITION FOR COMMUNITY SOLAR ACCESS, COLORADO SOLAR AND STORAGE ASSOCIATION, NATURAL RESOURCES DEFENSE COUNCIL, AND SIERRA CLUB**

        Intervenor-Defendants.

_____

**NOTICE OF GOVERNOR POLIS' SIGNING OF HB 25-1269**
_____

Plaintiffs, the Colorado Apartment Association and Apartment Association of Metro Denver, the Colorado Hotel and Lodging Association, Inc., and the NAIOP Colorado Chapter (collectively "Plaintiffs") submit this Notice of Governor Polis' Signing of HB 25-1269 ("Notice"). By this Notice, Plaintiffs respectfully Notify the Court that Governor Polis signed HB 25-1269 on May 20, 2025, making Plaintiffs' motion for leave to amend now due on June 10, 2025.

# NOTICE

1.      In this case Plaintiffs have challenged two sets of regulations: (1) the Colorado Air Quality Control Commission's final regulation entitled Building Benchmarking and Performance Standards, 5 CCR 1001-32 ("Regulation 28") and (2) the City and County of Denver, Colorado's Denver Ordinance No. 20211310, and the implementing rules for Energize Denver enacted by the Denver Office of Climate Action, Sustainability, and Resiliency, entitled "Rules & Regulations Governing Energize Denver Building Energy Performance Requirements".

2.      On March 28, 2025, this Court issued an order Granting State Defendants' and Denver Defendants' Motions to Dismiss, dismissing Plaintiffs' claims without prejudice, and granting Plaintiffs leave to file a motion for leave to amend, together with a proposed amended complaint, within twenty-one (21) days of the date of the order, or by April 18, 2025.  ECF No. 55.

3.      During the time period in which Plaintiffs were directed to file an amended complaint, the Colorado Legislature was in the process of amending the energy use benchmarking and performance standard requirements upon which Regulation 28 is based, including modifying provisions of Regulation 28.  The foremost proposal was House Bill 25-1269, entitled Building Decarbonization Measures, which was introduced on February 18, 2025.  *See* https://leg.colorado.gov/bills/hb25-1269 (last visited May 22, 2025).

4.      On April 4, 2024, Plaintiffs filed an unopposed motion for an extension of time to file their motion for leave to amend their complaint so that Plaintiffs could evaluate

2

any finalized and adopted legislation modifying Regulation 28 (and the authorizing statutory authority on which Regulation 28 was adopted).  ECF No. 56.  This Court granted that motion on the same day and directed Plaintiffs to file a notice at the conclusion of the legislative process.  ECF No. 57.

5. On May 7, 2025, the Colorado Legislature passed HB 25-1269.  The legislative session concluded the same day.  HB 25-1269 was transmitted to Governor Polis on May 16, 2025.

6. On May 20, 2025, Plaintiffs sought clarification that their motion for leave to amend would not be due until 21 days after Governor Polis' final action on HB 25-1269, given that Governor Polis' final action on HB 25-1269 would now occur after the end of the legislative session on May 7, 2025.  ECF No. 59.  This Court granted that clarification on May 22, 2025.  ECF No. 60.

7. After Plaintiffs filed their notice seeking clarification on May 20, 2025, Governor Polis took final action on HB 25-1269 by signing the bill the same day.  *See* https://leg.colorado.gov/bills/hb25-1269 (last visited May 22, 2025)

8. Pursuant to this Court's May 22, 2025 Order, Plaintiffs' motion for leave to amend is now due 21 days from May 20, 2025, on or before June 10, 2025.

Dated: May 22, 2025

        GREENBERG TRAURIG, LLP

        /s/ *Paul M. Seby*
        Paul M. Seby
        Matthew K. Tieslau
        GREENBERG TRAURIG, LLP
        1144 15th Street, Suite 3300
        Denver, Colorado 80202
        Phone Number:  303.572.6500
        Fax Number: 303.572.6540
        E-Mail:   SebyP@gtlaw.com
                    TieslauM@gtlaw.com

        *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 22nd of May 2025, a copy of the foregoing was served upon all parties using the Court e-filing system.

    *s/ Paul M. Seby*
    Paul M. Seby