## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01093-RMR

COLORADO APARTMENT ASSOCIATION; APARTMENT ASSOCIATION OF METRO DENVER; COLORADO HOTEL AND LODGING ASSOCIATION, INC.; AND NAIOP COLORADO CHAPTER;

Plaintiffs,

v.

JILL HUNSAKER RYAN, in her Official Capacity as the Executive Director of the Colorado Department of Public Health and Environment, MICHAEL OGLETREE, in his Official Capacity as the Director of the Colorado Air Pollution Control Division; AND WILL TOOR, in his Official Capacity as the Executive Director of the Colorado Energy Office; AND

THE CITY AND COUNTY OF DENVER; THE DENVER CITY COUNCIL; DENVER MAYOR MICHAEL JOHNSTON; THE DENVER OFFICE OF CLIMATE ACTION, SUSTAINABILITY, AND RESILIENCY; AND ELIZABETH BABCOCK, in her Official Capacity as the Executive Director of the Denver Office of Climate Action, Sustainability, and Resiliency;

Defendants.

---

## MOTION TO WITHDRAW EDWARD J. GORMAN AS COUNSEL

---

Edward J. Gorman, counsel for The City and County of Denver; Denver City Council; Denver Mayor Michael Johnston; Denver Office of Climate Action, Sustainability, and Resiliency; and Elizabeth Babcock, in her Official Capacity as the Executive Director of the Denver Office of Climate Action, Sustainability, and Resiliency (collectively "Denver"), requests an order allowing his withdrawal as counsel for the Denver, and in support thereof, states:

     1.     Edward J. Gorman has left the employment of the Denver City Attorney's Office.

Michele A. Horn of the Denver City Attorney's Office will continue to represent Denver in this matter.

WHEREFORE, counsel for The City and County of Denver; Denver City Council; Denver Mayor Michael Johnston; Denver Office of Climate Action, Sustainability, and Resiliency; and Elizabeth Babcock, in her Official Capacity as the Executive Director of the Denver Office of Climate Action, Sustainability, and Resiliency respectfully requests an order withdrawing Edward J. Gorman as counsel.

Respectfully submitted this 12th day of June 2025.

By: *s/ Michele A. Horn*
        Michele A. Horn
        Assistant City Attorney
        City and County of Denver
        201 West Colfax Avenue, Dept. 1207
        Denver, CO 80202-5332
        (720) 913-3275
        michele.horn@denvergov.org
        *Attorney for Defendants the City and County*
        *of Denver, Denver City Council; Denver*
        *Mayor Michael Johnston; Denver Office of*
        *Climate Action, Sustainability, and*
        *Resiliency; and Elizabeth Babcock, in her*
        *Official Capacity as the Executive Director*
        *of the Denver Office of Climate Action,*
        *Sustainability, and Resiliency*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2025, I caused a true and correct copy of the foregoing **MOTION TO WITHDRAW EDWARD J. GORMAN AS COUNSEL** to be electronically filed with the Clerk of Court and served on the following parties using the CM/ECF system:

Paul M. Seby
Matthew K. Tieslau
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, CO  80202
Email: sebyp@gtlaw.com
        tieslaum@gtlaw.com
*Attorneys for Plaintiffs*

*s/ Shannon Egan*
Shannon Egan, Paralegal
City and County of Denver
201 West Colfax Avenue,
Dept. 1207
Denver, Colorado  80202-5332

3