# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-CV-01093-RMR

COLORADO APARTMENT ASSOCIATION; APARTMENT ASSOCIATION OF METRO DENVER; COLORADO HOTEL AND LODGING ASSOCIATION, INC.; AND NAIOP COLORADO CHAPTER;

    *Plaintiffs*,

v.

JILL HUNSAKER RYAN, in her Official Capacity as the Executive Director of the Colorado Department of Public Health and Environment, MICHAEL OGLETREE, in his Official Capacity as the Director of the Colorado Air Pollution Control Division; AND WILL TOOR, in his Official Capacity as the Executive Director of the Colorado Energy Office;

    AND

THE CITY AND COUNTY OF DENVER; THE DENVER CITY COUNCIL; DENVER MAYOR MIKE JOHNSTON; THE DENVER OFFICE OF CLIMATE ACTION, SUSTAINABILITY, AND RESILIENCY; AND ELIZABETH BABCOCK, in her Official Capacity as the Executive Director of the Denver Office of Climate Action, Sustainability, and Resiliency.

    *Defendants*.

    AND

THE COALITION FOR COMMUNITY SOLAR ACCESS, COLORADO SOLAR AND STORAGE ASSOCIATION, NATURAL RESOURCES DEFENSE COUNCIL, AND SIERRA CLUB.

    *Intervenor-Defendants.*

## PARTIES STIPULATION TO EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT

The parties hereby stipulate, pursuant to D.C.COLO.LCivR 6.1, to a twenty-one day extension of time for Defendants Jill Hunsaker Ryan, the Executive Director of the

Colorado Department of Public Health and Environment; Michael Ogletree, the Director of the Colorado Air Pollution Control Division; and Will Toor, the Executive Director of the Colorado Energy Office, all in their official capacities; the City and County of Denver; the Denver City Council; Denver Mayor Mike Johnston; the Denver Office Of Climate Action, Sustainability, and Resiliency; and Elizabeth Babcock, in her Official Capacity as the Executive Director of the Denver Office of Climate Action, Sustainability, and Resiliency; and the Coalition for Community Solar Access, Colorado Solar and Storage Association, Natural Resources Defense Council, and Sierra Club to respond to Plaintiffs Colorado Apartment Association, Apartment Association of Metro Denver, Colorado Hotel and Lodging Association, Inc., and NAIOP, Colorado Chapter's ("Plaintiffs") Amended Complaint.

## STATEMENT OF CONFERRAL

Defendants' counsel conferred with counsel for Plaintiffs on August 25 and September 2, 2025, Plaintiffs agree to stipulate to this extension.

## BACKGROUND AND STIPULATION

Plaintiffs filed their Motion for Leave to file an Amended Complaint, on June 10, 2025. On August 21, 2025, this Court granted the Motion for Leave, and on August 29, 2025, Plaintiffs filed the Amended Complaint.

Pursuant to Fed. R. Civ. P. 15(a)(3), Defendants' response to the Amended Complaint is due September 12, 2025. By this stipulation, the parties agree to extend Defendants' deadline to respond to the Amended Complaint 21 days, up to and including October 3, 2025.

Respectfully submitted this 3rd day of September, 2025.

PHILIP J. WEISER
Attorney General

*/s/ David Banas*
DAVID BANAS*
JACKIE CALICCHIO*
DAVID BECKSTROM**
W. CORY HALLER**
Assistant Attorneys General
Natural Resources and Environment Section
1300 Broadway, 7th Floor
Denver, CO 80203
Telephone: 720.508.6000
Email: David.banas@coag.gov
Jackie.calicchio@coag.gov
David.beckstrom@coag.gov
Cory.haller@coag.gov

*Counsel of Record on behalf of Defendant Will Toor, in his Official Capacity as the Executive Director of the Colorado Energy Office*

**Counsel of Record on behalf of Defendants Jill Hunsaker Ryan, in her Official Capacity as the Executive Director of the Colorado Department of Public Health and Environment, and Michael Ogletree, in his Official Capacity as the Director of the Colorado Air Pollution Control Division*

s/ Michele A. Horn
Michele A. Horn
Edward J. Gorman
Assistant City Attorneys
City and County of Denver
201 West Colfax Avenue, Dept. 1207
Denver, CO 80202-5332
(720) 913-3275
michele.horn@denvergov.org
edward.gorman@denvergov.org
*Attorneys for Defendants the City and County of Denver, Denver City Council; Denver Mayor Michael Johnston; Denver Office of Climate Action, Sustainability, and Resiliency; and Elizabeth Babcock, in her Official Capacity as the Executive Director of the Denver Office of Climate Action, Sustainability, and Resiliency*

*/s/ Matthew Gerhart*
Matthew Gerhart
Senior Attorney
Sierra Club
1536 Wynkoop St., Suite 200
Denver, CO 80202
(303) 454-3346
matt.gerhart@sierraclub.org

Jim Dennison
Staff Attorney
Sierra Club
1650 38th St # 103W
Boulder, CO 80301
(435) 232-5784
jim.dennison@sierraclub.org
*Attorneys For Sierra Club And Natural Resources Defense Council*

*/s/ Ellen Howard Kutzer*
Ellen Howard Kutzer
General Counsel
Colorado Solar and Storage Association
1536 Wynkoop St., Suite 104
Denver, CO 80202
(303) 333-7342
ekutzer@cossa.co
*Attorney For Colorado Solar And Storage Association And Coalition For Community Solar Access*

GREENBERG TRAURIG, LLP

*/s/ Paul M. Seby*
Paul M. Seby
Matthew K. Tieslau
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado 80202
Phone Number: 303.572.6500
Fax Number: 303.572.6540
E-Mail: SebyP@gtlaw.com
TieslauM@gtlaw.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd of September 2025, a copy of the foregoing was served upon all parties using the Court e-filing system.

/s/ Barbara Dory
Barbara Dory

Further, pursuant to D.C.COLO.LCivR 6.1(c) and Civ. Practice Standard 6.1A(c), I hereby certify that on the 3rd of September 2025, a copy of the foregoing was served upon Jill Hunsaker Ryan, the Executive Director of the Colorado Department of Public Health and Environment; Michael Ogletree, the Director of the Colorado Air Pollution Control Division and Will Toor, the Executive Director of the Colorado Energy Office.

/s/ Barbara Dory
Barbara Dory

Further, pursuant to D.C.COLO.LCivR 6.1(c) and Civ. Practice Standard 6.1A(c), I hereby certify that on the 3rd of September 2025, a copy of the foregoing was served upon the City and County Of Denver; Denver City Council; Denver Mayor Mike Johnston; the Denver Office of Climate Action, Sustainability, and Resiliency; and Elizabeth Babcock, in her Official Capacity as the Executive Director of the Denver Office of Climate Action.

/s/ Michele A. Horn
Michele A. Horn

Further, pursuant to D.C.COLO.LCivR 6.1(c) and Civ. Practice Standard 6.1A(c), I hereby certify that on the 3rd of September 2025, a copy of the foregoing was served upon The Coalition For Community Solar Access, Colorado Solar And Storage Association, Natural Resources Defense Council, And Sierra Club.

/s/ Matthew Gerhart
Matthew Gerhart

Further, pursuant to D.C.COLO.LCivR 6.1(c) and Civ. Practice Standard 6.1A(c), I hereby certify that on the 3rd of September 2025, a copy of the foregoing was served upon the Colorado Apartment Association; Apartment Association Of Metro Denver; Colorado Hotel And Lodging Association, Inc.; And NAIOP Colorado Chapter;

/s/ Paul M. Seby
Paul M. Seby