IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-01093

**COLORADO APARTMENT ASSOCIATION et al.**

        Plaintiffs,

**v.**

**JILL HUNSAKER RYAN, in her Official Capacity as the Executive Director of the Colorado Department of Public Health and Environment, et al.**

        Defendants.

AND

**COALITION FOR COMMUNITY SOLAR ACCESS, COLORADO SOLAR AND STORAGE ASSOCIATION, NATURAL RESOURCES DEFENSE COUNCIL, AND SIERRA CLUB**

        Intervenor-Defendants.

_____

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTIONS TO DISMISS AND MOTION TO TAKE JUDICIAL NOTICE**
_____

    Plaintiffs, the Colorado Apartment Association and Apartment Association of Metro Denver, the Colorado Hotel and Lodging Association, Inc., and the NAIOP Colorado Chapter (collectively "Plaintiffs") bring this Unopposed Motion for Extension of Time to File Responses to Defendants' and Intervenor-Defendants' Motions to Dismiss and Motion for Judicial Notice. By this Motion, Plaintiffs respectfully request fourteen (14) additional days, as set forth herein, in which to file responses to the three Motions to Dismiss and Motion to Take Judicial Notice pursuant to D.C.COLO.LCivR 6.1 and Civ.

Practice Standard 6.1A. For the reasons set forth herein, good cause exists for this Motion.

## D.C.COLO.LCivR 7.1(a) CONFERRAL

Counsel for Plaintiff conferred with counsel for Defendants on October 8, 2025. The Denver Defendants (City and County of Denver, Denver City Council, Denver Mayor Michael Johnston, Denver Office of Climate Action, Sustainability, and Resiliency, and Elizabeth Babcock) and the State Defendants (Jill Hunsaker Ryan, Michael Ogletree, and Will Toor) do not oppose this motion. The Intervenor-Defendants (Coalition for Community Solar Access, Colorado Solar and Storage Association, Sierra Club, and Natural Resources Defense Council) do not object to this motion.

## BASIS FOR MOTION

1. In this case Plaintiffs have challenged two sets of regulations: (1) the Colorado Air Quality Control Commission's final regulation entitled Building Benchmarking and Performance Standards, 5 CCR 1001-32 ("Regulation 28") and (2) the City and County of Denver, Colorado's Denver Ordinance No. 20211310 ("Energize Denver Ordinance"), and the implementing rules for Energize Denver enacted by the Denver Office of Climate Action, Sustainability, and Resiliency, ("Denver OCASR") entitled "Rules & Regulations Governing Energize Denver Building Energy Performance Requirements" ("Energize Denver Regulations") (collectively "Energize Denver").

2. Plaintiffs filed their First Amended Complaint in this action on August 29, 2025. ECF No. 68.

3. Plaintiffs then stipulated to a twenty-one (21) day extension of time for all

2

Defendants and Intervenor-Defendants to file their responsive pleadings to the First Amended Complaint. ECF Nos. 69, 70.

4. On October 3, 2025, Defendants and Intervenor-Defendants filed three separate Motions to Dismiss Plaintiffs' First Amended Complaint, along with a Motion to Take Judicial Notice. ECF Nos. 71, 72, 73, 75.

5. Plaintiffs' presumptive response deadline to the four motions is October 24, 2025.

6. Due to the aforementioned stipulated extension, undersigned counsel will be travelling internationally during the current default response window. Additionally, the four motions raise novel legal theories as to why Plaintiffs' First Amended Complaint should be dismissed, and contain supporting materials including a declaration, exhibits, and an appendix that Plaintiffs must respond to.

7. As such, good cause exists for a fourteen (14) day extension of the default response window, in order to allow Plaintiffs' counsel adequate time to prepare a response to the four motions and return from previously planned international travel.

8. Plaintiffs have not previously sought an extension of their deadline to respond to the Motions to Dismiss and Motion to Take Judicial Notice. Plaintiffs previously sought, and obtained, an extension of their deadline to respond to State Defendants', Denver Defendants' and Intervenor Defendants' first Motions to Dismiss, and to file their First Amended Complaint. *See* ECF Nos. 37, 41, 56, 57.

9. Plaintiffs respectfully request that their current deadline to respond to the Motions to Dismiss and Motion to Take Judicial Notice be extended by fourteen (14) days

3

until Friday November 7, 2025.

For the reasons stated herein, Plaintiffs' respectfully request that the Court grant this Motion and order that:

1. Plaintiffs' responses to Defendants' and Intervenor-Defendants' Motions to Dismiss and Motion to Take Judicial Notice are extended until November 7, 2025.

Dated: October 9, 2025

                GREENBERG TRAURIG, LLP

                /s/ *Matthew K. Tieslau*
                Paul M. Seby
                Matthew K. Tieslau
                GREENBERG TRAURIG, LLP
                1144 15th Street, Suite 3300
                Denver, Colorado 80202
                Phone Number:  303.572.6500
                Fax Number: 303.572.6540
                E-Mail:   SebyP@gtlaw.com
                            TieslauM@gtlaw.com

                *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th of October 2025, a copy of the foregoing was served upon all parties using the Court e-filing system.

Further, pursuant to D.C.COLO.LCivR 6.1(c) and Civ. Practice Standard 6.1A(c), service upon Plaintiffs' clients of the foregoing is being provided as follows:

For the Colorado Apartment Association and Apartment Association of Metro Denver, service is being provided to Drew Hamrick, General Counsel and Senior VP of Government Affairs;

For the Colorado Hotel and Lodging Association, Inc. service is being provided to Amie Mayhew, President & CEO of the Colorado Hotel & Lodging Association;

For and NAIOP Colorado Chapter service is being provided to Kathie A. Barstnar, Executive Director of NAIOP Colorado Chapter.

*s/ Matthew K. Tieslau*
Matthew K. Tieslau