**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-01093-RMR-KAS

COLORADO APARTMENT ASSOCIATION; APARTMENT ASSOCIATION OF METRO DENVER; COLORADO HOTEL AND LODGING ASSOCIATION, INC.; AND NAOIP COLORADO CHAPTER;

Plaintiffs,

v.

JILL HUNSAKER RYAN, in her Official Capacity as the Executive Director of the Colorado Department of Public Health and Environment, MICHAEL OGLETREE, in his Official Capacity as the Director of the Colorado Air Pollution Control Division; AND WILL TOOR, in his Official Capacity as the Executive Director of the Colorado Energy Office; and

THE CITY AND COUNTY OF DENVER; THE DENVER CITY COUNCIL; DENVER MAYOR MIKE JOHNSTON; THE DENVER OFFICE OF CLIMATE ACTION, SUSTAINABILITY, AND RESILIENCY; AND ELIZABETH BABCOCK, in her Official Capacity as the Executive Director of the Denver Office of Climate Action,

Defendants.

---

## ENTRY OF APPEARANCE

---

John H. Bernetich, with the law firm Williams Weese Pepple & Ferguson PC, hereby enters his appearance as counsel of record on behalf of Air-Conditioning, Heating, and Refrigeration Institute. Mr. Bernetich states that he is a member in good standing of the bar of this court.

Respectfully submitted this 13th day of November, 2025.

WILLIAMS WEESE PEPPLE & FERGUSON PC

*/s/ John H. Bernetich*
John H. Bernetich
Carlos R. Romo
1801 California Street, Suite 3400
Denver, CO 80202
Phone Number: 303-861-2828
Fax Number: 303-861-4017
E-mail:cromo@williamsweese.com
jbernetich@williamsweese.com

*Attorneys for Air-Conditioning, Heating & Refrigeration Institute*

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2025, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system which will send notification to the following:

Paul M. Seby
GREENBERG TRAURIG LLP
1144 15th Street, Suite 3300
Denver, CO 80202
sebyp@gtlaw.com

*Attorney for Plaintiffs*

David E. Banas
David A. Beckstrom
William Cory Haller
COLORADO ATTORNEY GENERAL'S OFFICE
Ralph Carr Judicial Building
1300 Broadway
Denver, CO 80203
david.banas@coag.gov
david.beckstrom@coag.gov
cory.haller@coag.gov

*Attorneys for Defendants Jill Hunsaker Ryan and Michael Ogletree*

David E. Banas
Jaclyn M. Calicchio
COLORADO ATTORNEY GENERAL'S OFFICE
Ralph Carr Judicial Building
1300 Broadway
Denver, CO 80203
david.banas@coag.gov
jackie.calicchio@coag.gov

*Attorneys for Defendant Will Toor*

Edward J. Gorman
Michele A. Horn
DENVER CITY ATTORNEY'S OFFICE
201 West Colfax Avenue
Denver, CO 80202
edward.gorman@denvergov.org
michele.horn@denvergov.org

*Attorneys for Defendants The City and County of Denver, The Denver City Council, Mike Johnston, The Denver Office of Climate Action, Sustainability, and Resiliency, and Elizabeth Babcock*

Jim Dennison
SIERRA CLUB
1650 38th St #103W
Boulder, CO 80301
jim.dennison@sierraclub.org

James A. Dennison
SIERRA CLUB
1650 38th St #103W
Boulder, CO 80301
jim.dennison@sierraclub.org

Matthew Evan Gerhart
1536 Wynkoop Street, Suite 200
Denver, CO 80202

*Attorney for Intervenor Natural Resources Defense Council*

matt.gerhart@sierraclub.org
*Attorneys for Sierra Club*

Ellen H. Kutzer
COLORADO SOLAR AND STORAGE ASSOCIATION
1536 Wynkoop St, Suite 104
Denver, CO 80202
ekutzer@cossa.co

*Attorney for Intervenors Colorado Solar and Storage Association and Coalition for Community Solar Access*

*/s/ Ingrid List*
WILLIAMS WEESE PEPPLE & FERGUSON PC