## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01093-RMR-KAS

COLORADO APARTMENT ASSOCIATION; APARTMENT ASSOCIATION OF METRO DENVER; COLORADO HOTEL AND LODGING ASSOCIATION, INC.; AND NAIOP COLORADO CHAPTER;

Plaintiffs,

v.

JILL HUNSAKER RYAN, in her Official Capacity as the Executive Director of the Colorado Department of Public Health and Environment, MICHAEL OGLETREE, in his Official Capacity as the Director of the Colorado Air Pollution Control Division; AND WILL TOOR, in his Official Capacity as the Executive Director of the Colorado Energy Office; AND

THE CITY AND COUNTY OF DENVER; THE DENVER CITY COUNCIL; DENVER MAYOR MICHAEL JOHNSTON; THE DENVER OFFICE OF CLIMATE ACTION, SUSTAINABILITY, AND RESILIENCY; AND ELIZABETH BABCOCK, in her Official Capacity as the Executive Director of the Denver Office of Climate Action, Sustainability, and Resiliency;

Defendants,

And

THE COALITION FOR COMMUNITY SOLAR ACCESS, COLORADO SOLAR AND STORAGE ASSOCIATION, NATURAL RESOURCES DEFENSE COUNCIL, AND SIERRA CLUB.

Intervenor-Defendants.

---

**UNOPPOSED JOINT MOTION BY DEFENDANTS/INTERVETOR-DEFENDANTS FOR EXTENSION OF TIME AND ENLARGEMENT OF PAGE LIMITATIONS**

---

The Defendants and Intervenor-Defendants jointly file this unopposed request for an extension of time in which to reply in support of their respective motions to dismiss and an

enlargement of the page limitations for their replies and in support state as follows:

Certificate of Conferral

On November 13, 2025, a representative of the Defendants/Intervenor-Defendants conferred with counsel for Plaintiffs regarding this motion and the relief sought. This motion is unopposed.

Request for Relief

On October 3, 2025, all Defendants and Intervenor-Defendants filed motions to dismiss the First Amended Complaint in this matter. [ECF ## 71, 72 and 75]. Plaintiffs responded to the motions to dismiss on November 6, 2025. [ECF ## 81, 82 and 83]. On November 12, 2025, the Air-Conditioning, Heating, and Refrigeration Institute filed a Motion for Leave to Submit Amicus Curae Brief which motion was granted by this Court on November 13, 2025. [ECF ## 84, 85].

The Defendant/Intervenors each wish to reply to both the Plaintiffs' response and the amicus curae brief at the same time. To grant them sufficient time and pages to adequately reply to both pleadings, the Defendants and Intervenor-Defendants jointly request a seven-day extension of time in which to file their replies, which would extend the current deadline from November 20, 2025 to November 27, 2025. Additionally, each defendant and intervenor-defendant group requests an enlargement of the page limitation for their replies by three pages, permitting them a total of 13 pages for each respective reply.

WHEREFORE, the Defendants and Intervenor-Defendants hereby request that their deadlines to reply in support of their respective motions to dismiss be extended until November 27, 2025 and that each reply shall be up to 13 pages in length.

Respectfully submitted this 14th day of November, 2025.

By: *s/ Michele A. Horn*
Michele A. Horn
Assistant City Attorney
City and County of Denver
201 West Colfax Avenue, Dept. 1207
Denver, CO 80202-5332
(720) 913-3275
michele.horn@denvergov.org
*Attorney for Defendants the City and County of Denver, Denver City Council; Denver Mayor Michael Johnston; Denver Office of Climate Action, Sustainability, and Resiliency; and Elizabeth Babcock, in her Official Capacity as the Executive Director of the Denver Office of Climate Action, Sustainability, and Resiliency*

PHILIP J. WEISER
Attorney General

*/s/ David Banas*
DAVID BANAS*
JACKIE CALICCHIO*
DAVID BECKSTROM**
W. CORY HALLER**
Assistant Attorneys General
Natural Resources and Environment Section
1300 Broadway, 7th Floor
Denver, CO 80203
Telephone: 720.508.6000
Email: David.banas@coag.gov
Jackie.calicchio@coag.gov
David.beckstrom@coag.gov
Cory.haller@coag.gov

* *Counsel of Record on behalf of Defendant Will Toor, in his Official Capacity as the Executive Director of the Colorado Energy Office*

3

*\*\*Counsel of Record on behalf of Defendants Jill Hunsaker Ryan, in her Official Capacity as the Executive Director of the Colorado Department of Public Health and Environment, and Michael Ogletree, in his Official Capacity as the Director of the Colorado Air Pollution Control Division*

/s/ Matthew Gerhart
Matthew Gerhart
Senior Attorney
Sierra Club
1536 Wynkoop St., Suite 200
Denver, CO 80202
(303) 454-3346
matt.gerhart@sierraclub.org

Jim Dennison
Staff Attorney
Sierra Club
1650 38th St # 103W
Boulder, CO 80301
(435) 232-5784
jim.dennison@sierraclub.org
*Attorneys for Sierra Club and Natural Resources Defense Council*

/s/ Ellen Howard Kutzer
Ellen Howard Kutzer
General Counsel
Colorado Solar and Storage Association
1536 Wynkoop St., Suite 104
Denver, CO 80202
(303) 333-7342
ekutzer@cossa.co
*Attorney for Colorado Solar And Storage Association and Coalition For Community Solar Access*

4

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2024, I caused a true and correct copy of the foregoing **UNOPPOSED JOINT MOTION BY DEFENDANTS/INTERVENTOR-DEFENDANTS FOR EXTENSION OF TIME AND ENLARGEMENT OF PAGE LIMITATIONS** to be electronically filed with the Clerk of Court and served on the following parties using the CM/ECF system:

Paul M. Seby
Matthew K. Tieslau
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, CO  80202
sebyp@gtlaw.com
tieslaum@gtlaw.com

DAVID BANAS*
JACKIE CALICCHIO*
DAVID BECKSTROM**
W. CORY HALLER**
Assistant Attorneys General
Natural Resources and Environment Section
1300 Broadway, 7th Floor
Denver, CO 80203
720.508.6000
David.banas@coag.gov
Jackie.calicchio@coag.gov
David.beckstrom@coag.gov
Cory.haller@coag.gov

Matthew Gerhart
Senior Attorney
Sierra Club
1536 Wynkoop St., Suite 200
Denver, CO 80202
(303) 454-3346
matt.gerhart@sierraclub.org

Jim Dennison
Staff Attorney
Sierra Club
1650 38th St # 103W
Boulder, CO 80301
(435) 232-5784
jim.dennison@sierraclub.org

Ellen Howard Kutzer
General Counsel
Colorado Solar and Storage Association
1536 Wynkoop St., Suite 104
Denver, CO 80202
(303) 333-7342
ekutzer@cossa.co

*s/ Shannon Egan*
Shannon Egan, Paralegal
City and County of Denver
201 West Colfax Avenue, Dept. 1207
Denver, Colorado  80202-5332

5