# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-01093-RMR

COLORADO APARTMENT ASSOCIATION; APARTMENT ASSOCIATION OF METRO DENVER; COLORADO HOTEL AND LODGING ASSOCIATION, INC.; AND NAIOP COLORADO CHAPTER;

      *Plaintiffs,*

    v.

JILL HUNSAKER RYAN, in her Official Capacity as the Executive Director of the Colorado Department of Public Health and Environment, MICHAEL OGLETREE, in his Official Capacity as the Director of the Colorado Air Pollution Control Division; AND WILL TOOR, in his Official Capacity as the Executive Director of the Colorado Energy Office; AND

THE CITY AND COUNTY OF DENVER; THE DENVER CITY COUNCIL; DENVER MAYOR MIKE JOHNSTON; THE DENVER OFFICE OF CLIMATE ACTION, SUSTAINABILITY, AND RESILIENCY; AND ELIZABETH BABCOCK, in her Official Capacity as the Executive Director of the Denver Office of Climate Action, Sustainability, and Resiliency,

      *Defendants*; AND

COALITION FOR COMMUNITY SOLAR ACCESS, COLORADO SOLAR AND STORAGE ASSOCIATION, NATURAL RESOURCES DEFENSE COUNCIL AND SIERRA CLUB,

      *Intervenor-Defendants.*

_____

## SECOND JOINT NOTICE OF SUPPLEMENTAL AUTHORITY
## BY DEFENDANTS AND INTERVENOR-DEFENDANTS

_____

Pursuant to Judge Rodriguez's Uniform Civil Practice Standard 10.1(d), the Defendants and Intervenor-Defendants respectfully notify the Court of a recent supplemental authority bearing on their respective motions to dismiss the amended complaint (the "Motions to Dismiss," ECF Nos. 71, 72 & 75): Am. Mem. Op., *Maryland Building Industry Association v. McIlwain*, No. 8:25-cv-00113, 2026 U.S. Dist. LEXIS 70263 (D. Md. Apr. 2, 2026) (attached as Exhibit A). This decision was issued after the conclusion of briefing the Motions to Dismiss. The decision was initially issued on the same day that the Defendants and Intervenor-Defendants filed their previous Joint Notice of Supplemental Authorities, ECF No. 94, and the amended decision was issued on April 2, 2026.

This decision is relevant to the Motions to Dismiss because it addresses the application of EPCA's preemption provision to Building Energy Performance Standards adopted by the State of Maryland. Accordingly, the Defendants and Intervenor-Defendants respectfully bring this decision to the Court's attention.

Dated this 6th day of April, 2026

/s/ Matthew Gerhart

Matthew Gerhart

Senior Attorney

Sierra Club

1536 Wynkoop St., Suite 200

Denver, CO 80202

(303) 454-3346

matt.gerhart@sierraclub.org

Jim Dennison

Staff Attorney

Sierra Club

1650 38th St # 103W

Boulder, CO 80301

(435) 232-5784

jim.dennison@sierraclub.org

**ATTORNEYS FOR SIERRA CLUB AND NATURAL RESOURCES DEFENSE COUNCIL**

/s/ Ellen Howard Kutzer

Ellen Howard Kutzer

General Counsel

Colorado Solar and Storage Association

1536 Wynkoop St., Suite 104

Denver, CO 80202

(303) 333-7342

ekutzer@cossa.co

**ATTORNEY FOR COLORADO SOLAR AND STORAGE ASSOCIATION AND COALITION FOR COMMUNITY SOLAR ACCESS**

PHILIP J. WEISER
Attorney General

*/s/ David Banas*
DAVID BANAS*
JACKIE CALICCHIO*
DAVID BECKSTROM**
W. CORY HALLER**
Assistant Attorneys General
Natural Resources and Environment Section
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: 720.508.6000
Email: David.banas@coag.gov
Jackie.calicchio@coag.gov
David.beckstrom@coag.gov
Cory.haller@coag.gov

*\* Counsel of Record on behalf of Defendant
Will Toor, in his Official Capacity as the
Executive Director of the Colorado Energy
Office*

*\*\*Counsel of Record on behalf of Defendants
Jill Hunsaker Ryan, in her Official Capacity as
the Executive Director of the Colorado
Department of Public Health and Environment,
and Michael Ogletree, in his Official Capacity
as the Director of the Colorado Air Pollution
Control Division*

***ATTORNEYS FOR STATE DEFENDANTS***

3

<u>s/ Michele A. Horn</u>

Michele A. Horn
Assistant City Attorney
City and County of Denver
201 West Colfax Avenue, Dept. 1207
Denver, CO 80202-5332
(720) 913-3275
michele.horn@denvergov.org

*Attorney for Defendants the City and County of Denver, Denver City Council; Denver Mayor Michael Johnston; Denver Office of Climate Action, Sustainability, and Resiliency; and Elizabeth Babcock, in her Official Capacity as the Executive Director of the Denver Office of Climate Action, Sustainability, and Resiliency*

***ATTORNEY FOR DENVER DEFENDANTS***

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April, 2026, a true and correct copy of the foregoing **SECOND JOINT NOTICE OF SUPPLEMENTAL AUTHORITY** was served via the CM/ECF system upon all counsel of record in this matter.


/s/ *Maddie Lipscomb*
Maddie Lipscomb