**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-CV-01093-RMR

COLORADO APARTMENT ASSOCIATION; APARTMENT ASSOCIATION OF METRO DENVER; COLORADO HOTEL AND LODGING ASSOCIATION, INC.; AND NAIOP COLORADO CHAPTER;

     *Plaintiffs*,

v.

JILL HUNSAKER RYAN, in her Official Capacity as the Executive Director of the Colorado Department of Public Health and Environment, MICHAEL OGLETREE, in his Official Capacity as the Director of the Colorado Air Pollution Control Division; AND WILL TOOR, in his Official Capacity as the Executive Director of the Colorado Energy Office;

    AND

THE CITY AND COUNTY OF DENVER; THE DENVER CITY COUNCIL; DENVER MAYOR MIKE JOHNSTON; THE DENVER OFFICE OF CLIMATE ACTION, SUSTAINABILITY, AND RESILIENCY; AND ELIZABETH BABCOCK, in her Official Capacity as the Executive Director of the Denver Office of Climate Action, Sustainability, and Resiliency.

     *Defendants*,

    AND

THE COALITION FOR COMMUNITY SOLAR ACCESS, COLORADO SOLAR AND STORAGE ASSOCIATION, NATURAL RESOURCES DEFENSE COUNCIL, AND SIERRA CLUB.

     *Intervenor-Defendants.*

---

**MOTION TO WITHDRAW AS COUNSEL ON BEHALF OF JILL HUNSAKER RYAN, IN HER OFFICIAL CAPACITY AS THE EXECUTIVE DIRECTOR OF THE COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT and MICHAEL OGLETREE, IN HIS OFFICIAL CAPACITY AS THE DIRECTOR OF THE COLORADO AIR POLLUTION CONTROL DIVISION**

---

Second Assistant Attorney General David A. Beckstrom, counsel for Defendants Jill Hunsaker Ryan, the Executive Director of the Colorado Department of Public Health and Environment and Michael Ogletree, the Director of the Colorado Air Pollution Control Division ("CDPHE Defendants"), requests an order allowing his withdrawal as counsel for the Denver, and in support thereof, states:

1. As of May 15, 2026, Mr. Beckstrom will no longer be employed by the Colorado Attorney General's Office.

2. Mr. Beckstrom has notified the CDPHE Defendants, and they do not oppose this withdrawal as counsel.

3. Mr. Cory Haller will remain as counsel for the above-referenced clients.

WHEREFOR Mr. David A Beckstrom requests an order granting withdrawal as counsel on behalf of Defendants Jill Hunsaker Ryan, the Executive Director of the Colorado Department of Public Health and Environment; Michael Ogletree, the Director of the Colorado Air Pollution Control Division.

Respectfully submitted this 21st day of April, 2026.

PHILIP J. WEISER
Attorney General

*/s/ David A. Beckstrom*
DAVID BECKSTROM**
W. CORY HALLER**
Assistant Attorneys General
Natural Resources and Environment Section
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: 720.508.6000
Email:David.beckstrom@coag.gov
Cory.haller@coag.gov

*\*\*Counsel of Record on behalf of Defendants Jill Hunsaker Ryan, in her Official Capacity as the Executive Director of the Colorado Department of Public Health and Environment, and Michael Ogletree, in his Official Capacity as the Director of the Colorado Air Pollution Control Division*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the Parties of record for this matter.

*/s/ Sarah King-Cash*
Sarah King-Cash