IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

COLORADO APARTMENT
ASSOCIATION, *et al.*,

        Plaintiffs,

    v.

JILL HUNSAKER RYAN, in her official
capacity as the Executive Director of the
Colorado Department of Public Health and
Environment, *et al.*,

        Defendants.

Case No. 1:24-cv-01903

## NOTICE OF POTENTIAL PARTICIPATION BY THE UNITED STATES

The United States respectfully notifies the Court that it is considering whether to file a Statement of Interest at an appropriate future stage of this action pursuant to 28 U.S.C. §§ 517, 518. Those statutes authorize the Attorney General of the United States to send any officer of the Department of Justice to "attend to the interests of the United States in a suit pending in a court of the United States," 28 U.S.C. § 517, and to "conduct and argue any case in a court of the United States in which the United States is interested," *id.* § 518.

This case presents significant questions of interest to the United States regarding the preemptive scope of the Energy Policy and Conservation Act ("EPCA") administered by the United States Department of Energy. As the United States has explained in other recent cases, ensuring the utility of nationally applicable standards

adopted by the Department and preempting state and local regulations that would undermine those standards both upholds EPCA's broad preemption provision and advances the Departments administration of the statutory scheme. *See* Br. for the United States as *Amicus Curiae*, *Nat'l Ass'n of Home Builders of the U.S. v. District of Columbia*, No. 26-7050 (D.C. Cir. June 15, 2026); Br. for the United States as *Amicus Curiae*, *Nat'l Ass'n of Home Builders of the U.S. v. Montgomery Cnty., Md.*, No. 26-1449 (4th Cir. June 2, 2026); Br. for the United States as *Amicus Curiae*, *Ass'n of Contracting Plumbers of the City of New York v. City of New York*, No. 25-977 (2d Cir. Aug. 7, 2025).

Accordingly, the United States respectfully suggests that its views could aid the Court's consideration of the merits of Plaintiffs' claims, should proceedings in the District Court continue past the pending motions to dismiss.

Dated:  June 18, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

*/s/ Charles E.T. Roberts*
CHARLES E.T. ROBERTS
 (DC Bar No. 1780573)
Counsel to the Assistant Attorney General
Civil Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel.: (202) 305-1141
Fax: (202) 616-8470
E-mail: charles.roberts2@usdoj.gov

*Counsel for the United States*