## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-01093

**COLORADO APARTMENT ASSOCIATION et al.**

Plaintiffs,

**v.**

**JILL HUNSAKER RYAN, in her Official Capacity as the Executive Director of the Colorado Department of Public Health and Environment, et al.**

Defendants.

AND

**COALITION FOR COMMUNITY SOLAR ACCESS, COLORADO SOLAR AND STORAGE ASSOCIATION, NATURAL RESOURCES DEFENSE COUNCIL, AND SIERRA CLUB**

Intervenor-Defendants.

_____

### NOTICE OF SUPPLEMENTAL AUTHORITY
_____

Pursuant to Judge Rodriguez's Uniform Civil Practice Standard 10.1(d), Plaintiffs, the Colorado Apartment Association and Apartment Association of Metro Denver, the Colorado Hotel and Lodging Association, Inc., and the NAIOP Colorado Chapter (collectively "Plaintiffs") submit this Notice of Supplemental Authority.

Plaintiffs hereby provide notice of the June 25, 2026 Supreme Court of the United States decision in *Monsanto Co. v. Durnell,* 609 U.S. __ (2026).  Exhibit 1.  This decision is relevant to the pending motions to dismiss in this matter because it addresses

preemption of state law under a federal statutory and regulatory regime.


Dated: June 30, 2026

GREENBERG TRAURIG, LLP

/s/ *Paul M. Seby*
Paul M. Seby
Matthew K. Tieslau
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado 80202
Phone Number:  303.572.6500
Fax Number: 303.572.6540
E-Mail:    SebyP@gtlaw.com
               TieslauM@gtlaw.com


*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th of June 2026, a copy of the foregoing was served upon all parties using the Court e-filing system.


*s/ Paul M. Seby*
Paul M. Seby