**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-01093-RMR

COLORADO APARTMENT ASSOCIATION; APARTMENT ASSOCIATION OF METRO DENVER; COLORADO HOTEL AND LODGING ASSOCIATION, INC.; AND NAOIP COLORADO CHAPTER;

*Plaintiffs,*

v.

JILL HUNSAKER RYAN, in her Official Capacity as the Executive Director of the Colorado Department of Public Health and Environment, MICHAEL OGLETREE, in his Official Capacity as the Director of the Colorado Air Pollution Control Division; AND WILL TOOR, in his Official Capacity as the Executive Director of the Colorado Energy Office; AND

THE CITY AND COUNTY OF DENVER; THE DENVER CITY COUNCIL; DENVER MAYOR MIKE JOHNSTON; THE DENVER OFFICE OF CLIMATE ACTION, SUSTAINABILITY, AND RESILIENCY; AND ELIZABETH BABCOCK, in her Official Capacity as the Executive Director of the Denver Office of Climate Action, Sustainability, and Resiliency.

*Defendants*; AND

COALITION FOR COMMUNITY SOLAR ACCESS, COLORADO SOLAR AND STORAGE ASSOCIATION, NATURAL RESOURCES DEFENSE COUNCIL AND SIERRA CLUB,

*Intervenor-Defendants.*

---

**ENTRY OF APPEARANCE OF MICHAEL FOOTE ON BEHALF OF COLORADO SOLAR AND STORAGE ASSOCIATION AND COALITION FOR COMMUNITY SOLAR ACCESS**

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for proposed Intervenor-Defendants Colorado Solar and Storage Association and Coalition for Community Solar Access.

DATED at Erie, Colorado this 14th day of August, 2026.

Michael Foote
Name of Attorney

Colorado Solar and Storage Association
Firm Name

1536 Wynkoop St., Suite 104
Office Address

Denver, CO 80202
City, State, ZIP Code

(303) 519-2183
Telephone Number

mfoote@cossa.co
Primary CM/ECF E-mail Address

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August, 2026 a true and correct copy of the foregoing **ENTRY OF APPEARANCE OF MICHAEL FOOTE** was served via the CM/ECF system upon all counsel of record in this matter.

/s/ *Michael Foote*
Michael Foote