**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-cv-01093-RMR-KAS

COLORADO APARTMENT ASSOCIATION; APARTMENT ASSOCIATION OF METRO DENVER; COLORADO HOTEL AND LODGING ASSOCIATION, INC.; AND NAIOP COLORADO CHAPTER;

Plaintiffs,

v.

JILL HUNSAKER RYAN, in her Official Capacity as the Executive Director of the Colorado Department of Public Health and Environment, MICHAEL OGLETREE, in his Official Capacity as the Director of the Colorado Air Pollution Control Division; AND WILL TOOR, in his Official Capacity as the Executive Director of the Colorado Energy Office; AND

THE CITY AND COUNTY OF DENVER; THE DENVER CITY COUNCIL; DENVER MAYOR MICHAEL JOHNSTON; THE DENVER OFFICE OF CLIMATE ACTION, SUSTAINABILITY, AND RESILIENCY; AND ELIZABETH BABCOCK, in her Official Capacity as the Executive Director of the Denver Office of Climate Action, Sustainability, and Resiliency;

Defendants,

And

THE COALITION FOR COMMUNITY SOLAR ACCESS, COLORADO SOLAR AND STORAGE ASSOCIATION, NATURAL RESOURCES DEFENSE COUNCIL, AND SIERRA CLUB,

Intervenor-Defendants.

---

**UNOPPOSED JOINT MOTION BY DENVER DEFENDANTS AND INTERVENTOR-DEFENDANTS FOR EXTENSION OF TIME**

---

The City and County of Denver, Denver City Council, Denver Mayor Michael Johnston, Denver Office of Climate Action, Sustainability, and Resiliency, and Elizabeth Babcock, in her Official Capacity as the Executive Director of the Denver Office of

Climate Action, Sustainability, and Resiliency (collectively, the "Denver Defendants") and the Coalition for Community Solar Access, Colorado Solar and Storage Association, Natural Resources Defense Council, and Sierra Club (collectively, "Intervenor-Defendants") jointly file this unopposed motion for an extension of time in which to file objections to the Magistrate Judge's Recommendation and in support state as follows:

**Certificate of Conferral**

On August 28, 2026, a representative of the Denver Defendants and Intervenor-Defendants conferred with counsel for the parties regarding this motion and the relief sought. The Plaintiffs consent to a one-week increase to the number of days for filing both objections and responses, as requested in the motion. The State Defendants do not oppose the motion.

**Request for Relief**

On August 21, 2026, United States Magistrate Judge Kathryn A. Starnella issued a Recommendation [ECF # 106] recommending resolution of all Defendants' and Intervenor-Defendants' motions to dismiss the First Amended Complaint in this matter. [ECF ## 71, 72 and 75]. Objections to the Recommendation are currently due on September 4, 2026, and responses to objections are currently due on September 18, 2026. [ECF #106 at 42-43].

The Denver Defendants recently retained new counsel who need additional time to review the Recommendation and consider objections, given their recent addition to the case. Additionally, counsel for Intervenor-Defendants will be traveling abroad from

September 3, 2026 to September 18, 2026, so it will not be feasible for Intervenor-Defendants to meet the current objection and response deadlines. To resolve these timing issues, the Denver Defendants and Intervenor-Defendants jointly request a seven-day extension of time for all parties to file objections, as well as a seven-day extension of time for all parties to file responses to objections. This would extend the current objections deadline from September 4, 2026, to September 11, 2026, and would extend the current response deadline from September 18, 2026, to October 2, 2026.

The Denver Defendants and Intervenor-Defendants have not previously sought an extension of the deadline to file objections to the Magistrate Judge's Recommendation. Parties have previously sought, and obtained, extensions of various other filing deadlines in this proceeding. [*See* ECF ## 37, 41, 47-49, 51, 56-57, 69-70, 76, 80, 87, 90].

WHEREFORE, the Denver Defendants and Intervenor-Defendants hereby request that the deadline for all parties to file objections to the Magistrate Judge's Recommendation be extended until September 11, 2026, and that the deadline for all parties to file responses to objections be extended until October 2, 2026.

Respectfully submitted this 31st day of August, 2026.

By: /s/ Michele A. Horn
Michele A. Horn
Assistant City Attorney
City and County of Denver
201 West Colfax Avenue, Dept. 1207
Denver, CO 80202-5332
(720) 913-3275

michele.horn@denvergov.org
*Attorney for Defendants the City and County of Denver, Denver City Council; Denver Mayor Michael Johnston; Denver Office of Climate Action, Sustainability, and Resiliency; and Elizabeth Babcock, in her Official Capacity as the Executive Director of the Denver Office of Climate Action, Sustainability, and Resiliency*

/s/ Matthew Gerhart
Matthew Gerhart
Senior Attorney
Sierra Club
1536 Wynkoop St., Suite 200
Denver, CO 80202
(303) 454-3346
matt.gerhart@sierraclub.org

Jim Dennison
Staff Attorney
Sierra Club
1650 38th St # 103W
Boulder, CO 80301
(435) 232-5784
jim.dennison@sierraclub.org
*Attorneys for Sierra Club and Natural Resources Defense Council*

*/s/* Michael Foote
Michael Foote
General Counsel
Colorado Solar and Storage Association
1536 Wynkoop St., Suite 104
Denver, CO 80202
(303) 519-2183
mfoote@cossa.co
*Attorney for Colorado Solar And Storage Association and Coalition for Community Solar Access*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of August, 2026, a true and correct copy of the foregoing **UNOPPOSED JOINT MOTION BY DENVER DEFENDANTS AND INTERVENOR-DEFENDANTS FOR EXTENSION OF TIME** was served via the CM/ECF system upon all counsel of record in this matter.

/s/ *Thomas Phillips*
Thomas Phillips