IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01093-RMR-KAS

COLORADO APARTMENT ASSOCIATION,
APARTMENT ASSOCIATION OF METRO DENVER,
COLORADO HOTEL AND LODGING ASSOCIATION, INC., and
COMMERCIAL REAL ESTATE DEVELOPMENT ASSOCIATION COLORADO,

Plaintiffs,

v.

JILL HUNSAKER RYAN, in her official capacity as the Executive Director of the Colorado Department of Public Health and Environment,
MICHAEL OGLETREE, in his official capacity as the Director of the Colorado Air Pollution Control Division,
WILL TOOR, in his official capacity as the Executive Director of the Colorado Energy Office,
THE CITY AND COUNTY OF DENVER,
THE DENVER CITY COUNCIL,
MIKE JOHNSTON, Denver Mayor,
THE DENVER OFFICE OF CLIMATE ACTION, SUSTAINABILITY, AND RESILIENCY, and
ELIZABETH BABCOCK, in her official capacity as the Executive Director of the Denver Office of Climate Action, Sustainability, and Resiliency,

Defendants,

and

SIERRA CLUB,
NATURAL RESOURCES DEFENSE COUNCIL,
COLORADO SOLAR AND STORAGE ASSOCIATION,
COALITION FOR COMMUNITY SOLAR ACCESS,

Intervenor Defendants.

---

**MINUTE ORDER**

---

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court sua sponte. In light of District Judge Rodriguez's adjudication of the pending Motions to Dismiss in this matter,

IT IS HEREBY **ORDERED** that a Status Conference is **SET** for **NOVEMBER 17, 2026,** at **10:30 a.m.** in Courtroom A-501, Fifth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The parties shall confer in advance of the Status Conference and be prepared to discuss their respective positions on the plan for this litigation moving forward and what (if any) discovery will be required.

Dated: October 6, 2026