IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathryn A. Starnella**

Civil Action: 24-cv-01093-RMR-KAS Date: November 17, 2026
Courtroom Deputy: Ethan Cha FTR – Courtroom A501

| *Parties:* | *Counsel:* |
| --- | --- |
| COLORADO APARTMENT ASSOCIATION, ET AL,. | Paul M. Seby<br>Matthew K. Tieslau |
| Plaintiff, | |
| v. | |
| JILL HUNSAKER RYAN, ET AL., | William Cory Haller, David Edward Banas, Jaclyn M. Calicchio, Gabriel J. Daly |
| Defendants, | |
| v. | |
| SIERRA CLUB, ET AL,.<br>Intervenor Defendants. | James Arlo Dennison, Matthew Evan Gerhart |

## COURTROOM MINUTES

**STATUS CONFERENCE**
**Court in session: 10:31 a.m.**

Court calls case. Appearances of counsel.

Preliminary remarks by the Court.

Plaintiff discusses conferral pursuant to the previous minute order and standing motions to dismiss. Defendants seek clarification on whether each party should be filing individual cross motions. Parties discuss proposed deadlines for motions.

**ORDERED:** **Parties are GRANTED leave to file early motions of summary judgment.**

**Per Judge Rodriguez's Practice Standards, parties are ordered to jointly email Judge Rodriguez's Chambers on or before February 19th, 2027, to notify the court of their intent to file said motions. Within 14 days of Judge Rodriguez's ruling, if the case is not fully disposed, parties shall file a joint motion for status conference and prepare to discuss the case schedule and discovery limitations.**

**Court in recess: 10:45 a.m.**

Hearing concluded.
Total time: 00:14

*To order transcripts of hearings, please contact either AB Litigation Services at (303) 629-8534 or Patterson Transcription Company at (303)-815-0487 or scheduling@pattersontranscription.com.